*04.00.00* **EMPLOYMENT**

*04.01.00* Hiring. All hiring shall be subject to and in accordance with the Job Placement Regulations of this Union, and any amendments thereto applicable to this Agreement (except where such regulations are superseded by the provisions of the Second Amended Consent Decree in Civil Case No. C-71-1277 MHP) and, with the exception that upon written request of any Individual Employer, a named Class A Employee who has been employed by any Individual Employer within the immediately preceding six (6) months or an Employee qualified under Section 01.04.00 shall be dispatched by the Job Placement Center servicing the job or project.

*04.01.01* An Employee who has quit his last Employer may not be requested by name as provided in 04.01.00 within less than ten (10) workdays after he has registered for employment. This does not preclude his last Employer from recalling said Employee during that period. This does not include an Employee who quits while on temporary lay off.

*04.01.02* Regardless of any provisions set forth in this Agreement or the Job Placement Regulations to the contrary, an Assistant to Engineer upon request of the Employer may be promoted to Journeyman status. Prior to being dispatched and employed as a Journeyman, such Employee shall be requested by the Individual Employer in writing.

*04.01.03* It shall be the responsibility of the Individual Employer, when ordering Employees or applicants, to give the Union all the pertinent information regarding each Employee's or applicant's employment, which shall include the classification of work and classification number when available under which the Employee or applicant for employment will be dispatched. Any applicant for employment so dispatched who does not possess the qualifications to perform the work for which he is dispatched shall not be eligible for show-up pay.

*04.02.00* Union Security. All Employees covered by this Agreement employed at the site of construction, alteration, painting or repair of a building, structure or other work shall be required, as a condition of employment, to apply for, and to become members of, and to maintain membership in, the Union (that is the parent Local Union or the appropriate subdivision of the Union as determined from time to time by the Union by classification) within eight (8) days following the beginning of their employment or the effective date of this clause, whichever is the latter. This clause shall be enforceable to the extent permitted by law.

*04.02.01* All Employees covered by this Agreement not employed on the site of construction, alteration, painting or repair of a building, structure or other work shall be required, as a condition of employment, to apply for, and to become members of, and to maintain membership in, the Union (that is the parent Local Union or the appropriate subdivision of the Union as determined from time to time by the Union by classification) within thirty-one (31) days following the beginning of their employment or the effective date of this clause, whichever is the latter. This clause shall be enforceable to the extent permitted by law.

*04.02.02* The Union recognizes its obligations and therefore assumes full responsibility to every Employee discharged for failing to comply with the provisions of 04.02.00 and 04.02.01 last above set out, as a result of a written request from the Union to the Individual Employer of the Employee.

*04.03.00* Discharge of Employee. No Employee shall be discharged or discriminated against for activity in or representation of the Union. The Union shall be the sole judge of the qualifications of its members.

*04.03.01* The Individual Employer shall be the sole judge of the qualifications of all of his Employees and may on such grounds discharge any of them.

*04.03.02* No Employee shall be discharged without "just cause." In the event of discharge without "just cause," the Employee may be reinstated with payment of wages and fringe benefits for time lost. In the event of a dispute, the existence of "just cause" shall be determined under the grievance procedures provided for in Section 14.00.00. Employees discharged for "just cause" shall be paid only for actual time worked.

*04.03.03* No Employee covered hereby may be discharged for refusing to cross a lawful primary picket line established by the International Union affiliated with the Building and Construction Trades Department of the AFL-CIO or a Local Union thereof or the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and

Helpers of America or a Local Union thereof; provided, however, if the picketing or picket line is disapproved by the Unions affiliated with the Heavy and Highway Committee including the District Council of Ironworkers, International Association of Bridge, Structural and Ornamental Iron Workers and Piledrivers, Bridge Wharf and Dock Builders, the Union shall not recognize it. The Heavy and Highway Committee shall approve or disapprove the picket or picketing within twenty-four (24) hours of notification by the Individual Employer, during which period of the time, the Employees covered by this Agreement shall continue to work. This provision shall not apply to a jurisdictional picket line. However, an Employee of an Individual Employer who refuses to report to the job or project of an Individual Employer and perform his work for the Individual Employer when directed so to do by the Union under the provisions of 03.06.01 may be discharged by his Individual Employer. Such discharged Employee may register in any Job Placement Center, but he shall be ineligible for dispatch until the sixtieth (60th) day after the date of his discharge.

*04.04.00*  *Owner-Operators.* Owner-Operators working under this Agreement shall be bound by and comply with the terms and conditions of the Master Agreement for Northern California between the Union and the Associated General Contractors of California, Inc., applicable to Owner-Operators attached hereto as Exhibit B. An Owner-Operator who employs any person to operate his equipment on a job or project shall be an Individual Employer.

*05.00.00*  *APPLICATION TO SUBCONTRACTORS*

*05.01.00*  The purpose and intent of this Section is to preserve and protect employment opportunities and terms and conditions of employment of all Employees covered by this Agreement to the maximum extent permitted by law.

*05.02.00*  No on-site work covered by this Agreement which historically has been performed by the Individual Employer, or by the industry if the Individual Employer has no such history, on the site of a job or project shall be performed off the site of a job or project.

*05.03.00*  *Definition of Subcontractor.* A subcontractor is defined as any person (other than an Employee covered by this Agreement or an individual Owner-Operator [unless Owner-Operator is employing Employees]), firm or corporation who agrees orally or in writing, to perform, or who in fact performs for, or on behalf of, an Individual Employer, any part or portion of the work covered by this Agreement.

*05.04.00*  *On-Site Work.* With respect to on-site work covered by this Agreement, that is, work done or to be done at the site of the construction, alteration, painting or repair of a building, structure or other work:

*05.04.01*  The terms and conditions of this Agreement insofar as it affects Employer and the Individual Employer shall apply equally to any subcontractor of any tier under the control of, or working under oral or written contract with such Individual Employer on any on-site work covered by this Agreement, and said subcontractor with respect to such on-site work shall be considered the same as an Individual Employer covered hereby;

*05.04.02*  That if an Individual Employer shall subcontract on-site work as herein defined, such subcontract shall state in writing that such subcontractor agrees to be bound by and comply with the terms and provisions of this Agreement in the performance of his subcontract.

*05.05.00*  Regardless of anything in this Agreement to the contrary, no on-site work covered by this Agreement of a Heavy Duty Repairman or a Lubrication or Service Engineer or an Employee who operates or maintains the following equipment — generators or welding machines or uses in the performance of his work fixed drills, lathes, pickup trucks, grease trucks, lube trucks and trailers or any or all of them — will be subcontracted to any person or individual if such person or individual performs any such work.

*05.06.00*  The Individual Employer shall provide a list of subcontractors who will perform unit work under this Agreement as set forth in Section 02.05.00 where the subcontract amount is over $25,000.00. Notice at a pre-job conference will satisfy the requirements of this Section. Furthermore, the Individual Employer shall provide written notice prior to the commencement of work by the subcontractor of any such subcontract entered into subsequent to a pre-job conference with a subcontractor who will perform unit work under this Agreement as set forth in Section 02.05.00. Any Individual Employer who has given such notice and requires the subcontractor to agree to comply with and observe the provisions of Subsection 05.04.00 hereof with respect to the jobsite work shall not be liable

for any delinquency by such subcontractor in the payment of any wages, fringe benefits or contributions provided herein except as hereinafter provided.

*05.06.01*     In the event the Union questions compliance by a subcontractor with the provisions of this Section, the Union shall so notify the Employer, the Individual Employer and subcontractor in writing, and the subcontractor shall furnish to the Union within fifteen (15) days, a written itemized record of all pertinent information. Additionally, where itemized payroll records are required for submission to public contractor agencies on behalf of subcontractors, the subcontractors shall furnish copies of such submission to the Union upon written request. If the subcontractor refuses, the Individual Employer shall cause the subcontractor to supply the information. The provisions of this Section shall not be applicable if the subcontractor is an Individual Employer signatory to this Agreement.

*05.06.02*     If any subcontractor shall become delinquent in the payment or meeting of the obligations set forth in 05.00.00, the Union shall promptly give written notice thereof to the Individual Employer and subcontractor specifying the nature and amount of such delinquency as nearly as can be ascertained. If such notice is given, the Individual Employer shall withhold the amount claimed to be delinquent out of any sums due and owing by the Individual Employer to such subcontractor and shall pay and satisfy therefrom the amount of such delinquency by such subcontractor.

*05.06.03*     The Individual Employer shall not be liable for any such delinquency occurring more than seventy-five (75) days prior to the receipt of the written notice from the Union as provided by 05.06.01.

*05.07.00*     Unless a subcontractor is an Individual Employer signatory to this Agreement, this Agreement shall not cover any other jobs or projects of the subcontractor, and the application of this Agreement to the subcontractor pursuant to these provisions shall terminate contemporaneously with the termination of such subcontract with the Individual Employer.

*05.08.00*     In the event bid specifications contain MBE/DBE/WBE requirements, upon request, the Union will meet with the Individual Employer with the primary intent of assisting the Individual Employer in fulfilling the legal requirements of said bid specifications.

## *06.00.00*     *WORKING RULES*

*06.01.00*     Five consecutive days of eight (8) consecutive hours (exclusive of meal period) for single or first (1st) shift Employees, and seven and one-half (7-1/2) consecutive hours (exclusive of meal period) for second (2nd) shift Employees, and seven (7) consecutive hours (exclusive of meal period) for third shift Employees, Monday through Friday inclusive, shall constitute a week's work.

*06.01.01*     To the extent permitted by law and upon twenty-four (24) hours notice to the Union, an Individual Employer may establish a four (4) days by ten (10) hours workweek, Monday through Friday only. If a full forty (40) hour workweek is not made available to an Employee, the Individual Employer will pay the overtime rate for any time over eight (8) hours in any one day during that workweek. Any four (4) days by ten (10) hours workweek established shall be four (4) consecutive days.

*06.02.00*     *Reckoning of Time.*  Straight-time hours of employment shall be reckoned by the shift, except as otherwise provided in Sections 06.03.00, 06.03.01 and 06.03.02. Overtime hours of employment before and after a shift shall be reckoned by the hour and half-hour at the applicable overtime rate. Overtime on Saturdays, Sundays or holidays shall be reckoned as provided in Section 06.21.00. If an Employee quits work on his own, said Employee shall be paid only for actual time worked.

*06.02.01*     Employees called out to work "the second half of the shift" during the normal straight-time hours shall receive not less than four (4) hours at the applicable overtime rate. Hours worked in excess of four (4) shall be reckoned in accordance with Section 06.02.00.

*06.03.00*     Not less than eight (8) hours at the applicable rate shall be paid for the work performed on any one (1) shift subject to Section 06.21.00 of this Section, except that on the first (1st) day of employment and on any day that the work on a job or project is suspended on account of weather conditions, by written order of the Contracting

Authority, or by any Governmental agency having the authority to suspend the work, by the unavailability of fuel, power or water, and on days on which there is a major mechanical breakdown (i.e., Employees directly affected by such breakdown), not less than four (4) hours at the applicable rate shall be paid for work performed and any time thereafter shall be reckoned by the hour.

*06.03.01*  For work performed on Cranes, 15 tons and under, except telescoping boom hydraulic truck cranes, straight-time hours of employment shall be reckoned by the shift and half shift.

*06.03.02*  For work performed on all one man telescoping boom hydraulic truck cranes, straight-time hours of employment shall be reckoned by four (4) hours when an Employee works four (4) hours or less, by six (6) hours when an Employee works more than four (4) hours up to six (6) hours, and by eight (8) hours when an Employee works more than six (6) hours up to eight (8) hours.

*06.03.03*  An Employee covered by Section 06.03.02 who works on two (2) separate jobsites (excluding yard) shall be paid a minimum of eight (8) hours at the straight time rate.

*06.04.00*  On a single shift, eight (8) consecutive hours (exclusive of meal period) shall constitute a shift's work, the regular starting time of the single shift shall be between 5:00 a.m. to 8:00 a.m. except as provided in Section 06.15.00.

*06.04.01*  *Special Single Shift.* When the Individual Employer produces evidence in writing to the Union of a bona fide job requirement for a public agency or a public utility which certifies that some or all of the work can only be done other than during the normal shift hours, and notifies the Union during the pre-job conference or by Fax, e-mail or certified mail at least three (3) days prior to the start of such special shift (except in the case of emergency), the Individual Employer may initiate such special shift of eight (8) consecutive hours (not in conjunction with any other shift) (exclusive of meal period), Monday through Friday. Such shift shall be in accordance with the provisions of Section 06.03.00. Provided, however, if, by direction of the Contracting Authority, the bid specifications require it, or congestive traffic conditions on Fridays are such that working conditions would be unsafe for Employees, or counterproductive to the performance of work, said Special Single Shift may commence on Sunday, upon approval of the Union, with double (2) time to be paid up to and including 12:00 Midnight and the applicable straight-time rate paid from 12:00 a.m. until completion of the eight (8) hour Special Single Shift.

*06.04.02*  Employees straight-time rate shall be the applicable wage rate set forth in 01.02.00 for Special Single Shift Work.

*06.05.00*  When two (2) shifts are employed for five (5) or more consecutive days (or less if by mutual written agreement), eight (8) consecutive hours (exclusive of meal period) shall constitute a shift's work for the first shift, for which eight (8) hours shall be paid; and eight (8) consecutive hours (exclusive of meal period) shall constitute a shift's work for the second (2nd) shift, for which eight (8) hours shall be paid, at the Second Shift Wage Rates set forth in Section 01.02.00. Such shifts shall run consecutively. The straight-time hours for the second (2nd) shift shall commence not later than one (1) hour after the end of work (either straight-time or regularly scheduled overtime) on the first (1st) shift. On two (2) shift operations, the first shift shall have regular starting time not earlier than 6:00 a.m., and not later than 8:00 a.m. Once such two (2) shift operations and starting time have been established, they shall not be terminated other than on a Friday (except upon completion of the job), provided that the starting times may be changed by mutual consent. Shift hours and the applicable straight-time or overtime rate shall be paid whenever shifts are worked under the above conditions including Saturdays, Sundays and holidays.

NOTE: A wage rate by Group is established for second (2nd) shift. Second Shift Wage Rates for Groups 1–5, are set forth in Section 01.02.00 and will be paid on the basis of eight [8] hours' work for eight [8] hours' pay.)

*06.06.00*  On a single and two (2) shift job, Saturday shall be the twenty-four (24) hour period commencing at 12:00 midnight Friday or at the close of the regularly scheduled second (2nd) shift, whichever is later. On a three (3) shift operation, Saturday shall run from the close of Friday's third (3rd) or graveyard shift to 8:00 a.m. Sunday.

*06.06.01*   On a single and two (2) shift job, Sunday shall be the twenty-four (24) hour period commencing at 12:00 midnight Saturday or at the close of the regularly scheduled second (2nd) shift, whichever is later. On a three (3) shift operation, Sunday shall run from 8:00 a.m. Sunday to 8:00 a.m. Monday.

*06.06.02*   The straight-time starting time for each shift shall be the same for all Employees employed on that shift.

*06.07.00*   When three (3) shifts are employed for five (5) or more consecutive days (or less if by mutual written agreement), the first (1st) shift of the day shall work eight (8) consecutive hours (exclusive of meal period), for which eight (8) hours shall be paid. The second (2nd) shift shall work seven and one-half (7-1/2) consecutive hours (exclusive of meal period) for which eight (8) hours shall be paid, and the third (3rd) shift shall work seven (7) consecutive hours (exclusive of meal period) for which eight (8) hours shall be paid. Such shifts shall run consecutively. The straight-time hours for the third (3rd) shift shall commence not earlier than the end of work and not later than one (1) hour after the end of work (either straight-time or regularly scheduled overtime) on the second (2nd) shift. On three (3) shift operations, the first (1st) shift of the day and of the workweek shall start at 8:00 a.m. Monday, and such workweek shall end with the closing of the third (3rd) or graveyard shift Friday or at 8:00 a.m. Saturday, whichever is earlier, and 8:00 a.m. Monday shall be compensated for at the applicable overtime rate. Once established, shift hours shall apply and the applicable straight or overtime rate shall apply on all work thereafter, including Saturdays, Sundays and holidays. Once such three (3) shift operations have been established they shall not be terminated other than on a Friday (except upon completion of the job).

*06.08.00*   On "multiple-shift operations" (a two (2) and/or three (3) shift job), in addition to the two (2) and/or three (3) shifts, a single shift of eight (8) consecutive hours (exclusive of meal period) may be established, provided it is for five (5) or more consecutive days and further provided that on a two (2) or three (3) shift job such single shift is not related to and is not in conjunction with the work on the two or three-shift operation. The regular starting time of such single shift shall be between 6:00 a.m. and 8:00 a.m.; provided, however, once such starting time has been established on a job or project, it shall not be changed except by mutual consent of the Union and the Individual Employer.

*06.09.00*   In the case of a multiple-shift operation, in no event shall the number of Employees on a second (2nd) or third (3rd) shift exceed the number of Employees on the first (1st) shift by more than fifty percent (50%). The foregoing may be modified by mutual agreement of the Union and an Individual Employer.

*06.10.00*   On multiple-shift operations, no shift shall work more than ten (10) hours, except in the event of an on-the-job emergency.

*06.11.00*   No single shift Employee shall relieve a multiple-shift Employee, and no multiple shift Employee shall relieve a single shift Employee.

*06.12.00*   In the case of a multiple-shift operation, the Individual Employer will endeavor to fairly distribute overtime work on Saturdays, Sundays or holidays.

*06.13.00*   For the purposes of establishing shift operations, the Employees of the Individual Employer and the employees of any subcontractor or other Individual Employer shall be considered separately.

*06.14.00*   No Employee shall work more than one (1) shift at straight time in any consecutive twenty-four (24) hours. No arrangement of shifts shall be permitted that prevents any Employee from securing eight (8) consecutive hours of rest in any consecutive twenty-four (24) hours. Such twenty-four (24) hours shall be computed from the start of the Employee's assigned shift.

*06.14.01*   Where there is equipment to be operated on a single-shift operation before the single shift begins or after it ends, or on a Saturday, a Sunday, or a holiday, the Operating Engineer who regularly operates the particular piece of equipment shall be given first choice to perform the work, for not to exceed twelve (12) hours except in an emergency, and if an Assistant to Engineer is required, the Assistant to Engineer who is regularly assigned to the particular piece of equipment shall be given first choice to perform the work.

*06.15.00*   Where in any locality existing traffic conditions or weather conditions or power availability render it desirable to start the day shift at an earlier or later hour, such starting time may be set by mutual written agreement of the Individual Employer and the Union. Such different starting time may not be terminated except on a Friday or upon completion of the job.

*06.15.01*   Because of the continual district changes of the rules regarding Division of Highway permits for travel of extra legal-size equipment, it is the intent of Section 06.15.00 that the term "traffic conditions" include these permit regulations. The Employer shall notify the Job Placement Center daily of any early or later shifts applicable under this Section.

*06.16.00*   If a breakdown occurs on equipment operated by Employees covered by this Agreement, it shall be in the discretion of the Individual Employer whether the Operator and his Assistant to Engineer or other Employees shall make the repairs including routine maintenance.

*06.17.00*   The recognized established practice regarding the starting and warming up of equipment by Employees under this Agreement shall not be changed.

*06.18.00*   No Employee shall be required to work alone during the hours of darkness when performing maintenance work on equipment. This provision shall not apply to Employees servicing and starting equipment one (1) hour prior to the start of a shift.

*06.19.00*   *Meal Period.* There shall be a regularly scheduled meal period. The meal period shall be one-half (1/2) hour and shall be scheduled to begin not more than one-half (1/2) hour before and completed not later than one (1) hour after the midpoint of the regularly scheduled hours of work for each shift. The meal period for Mechanics, Service and Lubricating Engineers, may be scheduled to permit work at the applicable straight-time rate during the regularly scheduled meal period.

*06.19.01*   For further clarification of Section 06.19.00, when Employees are servicing a craft or class of employees that have a regularly scheduled meal period in excess of one-half (1/2) hour, the Employees covered under this Agreement shall observe the same meal period without added compensation.

*06.19.02*   If the Individual Employer requires the Employee to perform any work included in 02.04.00 of this Agreement through his scheduled meal period, the Employee shall be paid at the applicable overtime rate for such meal period and shall be afforded an opportunity to eat on the Individual Employer's time.

*06.20.00*   *Show-Up Time.* When an Employee reports on his shift, or when dispatched and he reports at the agreed time and designated place and there is no work covered by Section 02.04.00 provided for him by the Individual Employer, he shall be paid two (2) hours at the rate applicable to his classification at the straight-time hourly or overtime rate applicable on that day as show-up time unless such Employee or applicant reported in a condition unfit to perform his work or unless such applicant was rejected by the Individual Employer in accordance with the provisions of the Job Placement Regulations of this Agreement, Section 04.10.41. Provided, however, if his work is suspended on account of weather conditions, the Employee shall be entitled to show-up time only if he remains on the jobsite for two (2) hours pending abatement of such weather, unless sent home earlier by the Individual Employer. If his work is started, in lieu of show-up time, the Employee shall be compensated as provided in this Section 06.00.00. If an Employee's work is to be suspended for any reason, the Employee shall be notified at least two (2) hours before being required to report on his shift. The Employee shall keep the Individual Employer advised at all times of his correct address and telephone number. When the Employee has no telephone, or when the Employee cannot be reached at the number furnished to the Individual Employer, he shall not be entitled to show-up time in the event he reports on a day of inclement weather unless he has previously called the Individual Employer at the time and place designated in a notice posted on the job. The Individual Employer and the Union may mutually agree to other and additional means of notification of Employees.

*06.21.00*   *Call-Out.* Whenever an Employee is called out to work on a Saturday, Sunday or a holiday, he shall be paid at least four (4) hours at the applicable overtime rate unless the overtime work immediately precedes his regular shift and he works or is paid for the first half of his regular shift, in which case he shall be paid for the overtime actually worked by the hour and half-hour. All time worked beyond the first four (4) consecutive hours on

Saturday, Sunday and holiday shall be reckoned by the hour at the applicable overtime rate. On a two-shift or three-shift job, if Employees are called out to work on the first shift on a Saturday, Sunday or holiday, the above shall apply but if any Employees are called out to work on a second or third shift on Saturday, Sunday or holiday, all shift-work Employees called out shall be compensated in accordance with either Section 06.05.00 or 06.07.00, as the case may be.

*06.22.00   Call-Back.* In the event an Employee has completed his regular shift and returned to his residence, and is called back to perform his overtime work, such Employee shall be paid at least two (2) hours at the applicable overtime rate. In the event an Employee has not worked his scheduled shift and is called out to perform overtime work, such Employee shall be paid at least four (4) hours at the applicable overtime rate.

*06.23.00   Overtime on All Work Covered By This Agreement.* The applicable overtime rates shall apply for the shift, work covered by 02.04.00, equipment, area, location and classification on Saturdays, Sundays and holidays and all time before a shift begins and after it ends.

*06.23.01* One and one-half (1-1/2) times the applicable straight-time rate up to and including ten (10) hours; double (2) time thereafter. For all Saturday work, one and one-half (1-1/2) times the applicable straight-time rate for eight (8) hours and double (2) time thereafter. Sundays and holidays shall be double (2) the applicable straight-time rate; provided the overtime rate of time and one-half (1-1/2) may be extended and apply up to and including the twelfth (12th) hour if movement of equipment is precluded or restricted by travel permit regulation or other legal restriction applicable to movement of extra legal-size equipment.

*06.23.02* Employees performing work in support of work being performed under Section 13.00.00 (Steel Erection) and Section 14.00.00 (Piledriving) of the existing Master Construction Agreement shall, in accordance with said Sections, receive the applicable overtime rate as provided for in these Sections for all work performed.

*06.23.03   Industrial Maintenance and/or Refinery Maintenance (applies to maintenance work only, does not apply to NEW CONSTRUCTION).* One and one-half (1-1/2) times the applicable straight-time hourly rate shall be paid for all work performed before a shift begins and after it ends and for all work performed on Saturdays. Double (2) time shall be paid for any work on Sundays and holidays.

*06.24.00   Holidays.* The holidays referred to in this Agreement are as follows: New Year's Day (January 1), President's Day (3rd Monday in February), Memorial Day (last Monday in May), Independence Day (July 4), Labor Day (1st Monday in September), Thanksgiving Day (4th Thursday in November), the Day after Thanksgiving Day and Christmas Day (December 25). Holidays falling on Sunday shall be observed on the following Monday. Martin Luther King Day shall become a recognized holiday when and if the five basic crafts adopt it as a holiday.

*06.25.00   Payment of Wages.* Each Employee shall be paid his wages in full each week promptly after the close of his shift on payday. The wages of Employees who are terminated shall be due and payable in full at the time of termination. Employees quitting or resigning shall be paid in accordance with the laws of the State of California. Accompanying each payment of wages shall be a separate statement identifying the Individual Employer, and showing the total earnings, the amount of each deduction, the purpose thereof and net earnings.

*06.25.01* Habitual violations of this Section will subject the Individual Employer to penalties as may be determined by the Board of Adjustment.

*06.26.00   Work at More Than One Rate.* If more than one (1) straight-time hourly rate is applicable to the work performed by an Employee during his regular shift or on overtime, his pay shall be computed at the highest straight-time hourly rate, or overtime as the case may be, applicable to the work, equipment, area, location and classification for the full shift and for all the overtime due in any workday, Saturday, Sunday or holiday.

*06.27.00   Foremen and Shifters.* No Operating Engineer Foreman or Operating Engineer Shifter shall be allowed to perform any work covered by this Agreement or operate any equipment covered by this Agreement, except as provided in the Special Provisions Concerning Foremen Other Than General Foremen, Section 16.00.00.

*06.28.00* When the access to where the work is being performed (at a job or project or within a job or project) is unsuitable, or no parking facilities are provided within a five (5) minute walk from where the Employees' work is being performed, the Individual Employer shall transport the Employees to and from where the Employees' work is to be performed and such transport shall be one-half (1/2) on the Individual Employer's time and one-half (1/2) on the Employees' time.

*06.28.01* Where free parking is not available, parking places or parking facilities will be provided by the Individual Employer for the Employees at no cost to the Employees. If the Employee must pay for parking the Individual Employer shall reimburse the Employee for each parking expenditure; provided, however, the Individual Employer may require the submission of dated and signed receipts. Such receipts may be turned in weekly or on termination of employment, whichever is sooner.

*06.28.02* The transportation, by means of its own power, of equipment, and the loading and unloading of equipment of the type or kind operated by Employees covered by this Agreement shall be performed by Employees covered by this Agreement.

*06.29.00* *Employee Bonds.* No Employee shall be required by Employer or the Individual Employer to deposit a cash bond with the Employer or the Individual Employer or any other person. In the event that a surety bond is so required, the Employer or the Individual Employer shall pay the premium upon said bond.

*06.30.00* *No Restrictions on Production.* Subject to all State and Federal rules and regulations governing or applicable to the safety of Employees, place of employment and operation of equipment, no rules, customs or practices shall be permitted that limit production or increase the time required to do any work.

*07.00.00* **MANNING**

*07.01.00* *Assistance.* All equipment shall be manned as provided in Section 01.00.00 and this Section 07.00.00. In addition to the Manning Provisions therein contained, when an Engineer requires assistance in addition to any that must be provided for, he shall be assisted by an Employee covered by this Agreement.

*07.01.01* Only an Employee covered by this Agreement shall start and warm up equipment and the recognized established practice regarding the classification of Employee used in the starting and warming up of equipment shall not be changed.

*07.01.02* The Individual Employer agrees all equipment covered by this Agreement that is rented for off-site or on-site work will be manned by Employees as defined in 02.04.00 of this Agreement.

*07.01.03* It is the intent of Section 07.01.02 to cover on-site bare crane rentals only. However, this Section will apply and will be limited to cranes which are leased bare by the Individual Employer for on-site construction work and the contractor-lessor places on his payroll an Employee who:

(a) is a regular Employee on the payroll of the Individual Employer, and

(b) qualifies as a five-year, 6,000(six thousand) hour man as defined in Section 01.04.00 of the Agreement.

The Individual Employer leasing the crane will then be obligated to the extent that such Employee will receive remuneration as called for in the Master Agreement for Equipment Rental for a period of forty-five (45) workdays.

*07.02.00* *Change Rule.* An Employee may be changed from one classification or piece of equipment to another classification or piece of equipment and returned to his original classification or piece of equipment only twice on any shift (i.e., two [2] complete changes on same two [2] pieces of equipment). If an Employee is changed from one (1) piece of equipment to another piece of equipment, the piece of equipment which the Employee leaves may not operate unless the Employee is replaced by another Employee. This Section shall not apply to the Registered Apprentices. This Section may be modified by mutual agreement between the Union and the Employer. However, an Employee who is transferred to another piece of equipment and who is not qualified to operate that piece of equipment, shall not be discharged or laid off, but shall be returned to the equipment to which he was originally dispatched.