*11.13.02*  If any Individual Employer defaults in the making of such payments and if either the Union, the Trusts or the plan, or any of them, consults or causes to be consulted legal counsel with respect thereto, or files or causes to be filed any suit or claim with respect thereto, there shall be added to the obligation of the Individual Employer who is in default all reasonable expenses incurred by the Union and the Trust in the collection of same, including but not limited to, reasonable attorneys' fees, auditors' and accountants' fees, court costs and all other reasonable expenses incurred in connection with such suit or claim including any appellate proceedings therein.

*11.13.03*  When a contributing Individual Employer has been assessed liquidated damages and interest for a period of two (2) late months during any twelve (12) consecutive month period, upon the occurrence of the second (2nd) assessment the Individual Employer will promptly be notified (with copies to the Local Union and the Employer) that if said Individual Employer becomes delinquent again and is assessed liquidated damages and interest during any of the succeeding twelve (12) month period, he will be subject to the following rules:

(a) The Individual Employer shall be audited in order to determine compliance with the provisions of this Section 11.00.00 and/or the Trust Fund Documents.

(b) The Individual Employer shall be required to provide the Trust Funds with a cash deposit or bond equal to the sum of the three (3) highest months' contributions made in the immediate preceding twelve (12) month period, or such lesser sum as the Delinquency Committee deems appropriate.

(c) The Individual Employer's due and delinquent date shall be the 15th day of the month.

(d) Once these special rules have been applied to an Individual Employer, they shall remain in effect for at least twelve (12) months. At the end of this period, the Individual Employer may petition the Board to terminate these special rules and release the cash deposit or bond; this may be allowed only if the Individual Employer has been current in his reports and contributions for each and every month during the preceding twelve (12) month period and the Board is otherwise satisfied that there will be no further delinquencies. The foregoing rules shall not actually be applied to any Individual Employer until the Delinquency Committee has been advised at a meeting that they have become applicable (or will become applicable if another delinquency occurs). The Delinquency Committee may then, upon its own motion or upon the Individual Employer's request, waive any of the above rules, in whole or in part, for reasonable cause.

*11.13.04*  The parties recognize and agree:

(a) that the references to fringe benefits in Sections 7071.5 and 7071.11 of the California Business and Professions Code include payments for fringe benefits and vacation and holiday pay as described in this Agreement and Trust Agreements creating each Trust;

(b) that said payments are for the benefit of the Employees of each Individual Employer covered by this Agreement, and that the failure of an Individual Employer to make said payments, in the manner and at the time prescribed, causes damage to all Employees, including the Employees of the Individual Employer in default, in the amount of the unpaid fringe benefits and vacation and holiday pay as well as the liquidated damages established herein, interest, and any attorneys' and accountants' fees which the Union, the Trusts, or the Plan, or any of them, may incur with respect to said default;

(c) that the Union, the Trusts or the Plan, or any of them, may bring a claim or legal action against the Individual Employer's license bond on behalf of an Employee or Employees covered by this Agreement.

*11.14.00*  *Security for Payments.*  Each Individual Employer delinquent one (1) or more months in making the payments set forth in Section 11.00.00 shall be notified by mail by the Fund Manager of the Trust or Trusts applicable of such delinquency. Copies of such notices shall be sent to the Employer and to the Union.

*11.14.01*  Each such delinquent Individual Employer shall within five (5) days of the receipt of such notice (Registered Mail) pay the delinquent amount in full or make other suitable arrangements acceptable to the Delinquency Committee of the Pension Trust Fund for payment. Such amounts owing are to be determined by the Fund Manager of the various Funds. The Committee shall notify the Employer of any such arrangements which may be made.

Master Crane Rental
May 9, 2007-sac – REVISED

25

*11.14.02*   If an Individual Employer fails to pay the delinquencies as determined by the Fund Manager in the time provided in 11.14.01, or fails to make other suitable arrangements for payment acceptable to the Union, it shall not be a violation of this Agreement so long as such delinquency continues, if the Union withdraws the Employees who are subject hereto from the performance of any work for such Individual Employer and such withdrawal for such period shall not be a strike or work stoppage within the terms of this Agreement. In the event that any Employees of any Individual Employer shall be withdrawn pursuant to any similar clause in any agreement between the Individual Employer and any other labor organization, then the Union may respect such withdrawal, and for the period thereof, may refuse to perform any work for such Individual Employer, and such refusal for such period shall not be a violation of this Agreement.

*11.14.03*   Any Employees so withdrawn or refusing to perform any work as herein provided shall not lose their status as Employees but no such Employee shall be entitled to claim or receive any wages or other compensation for any period during which he has been so withdrawn or refused to perform any work.

*12.00.00*   **HEALTH & SAFETY**

*12.01.00*   *No Limitation of Production.* Subject to all State and Federal rules and regulations governing or applicable to the safety of Employees, place of employment and operation of equipment, no rules, customs, or practices shall be permitted that limit production or increase the time required to do any work.

*12.02.00*   *Cooperation.* The Union shall cooperate with the Individual Employer in the carrying out of all such Individual Employer's safety measures and practices for accident prevention not in conflict with the provisions of this Agreement, and in carrying out and adhering to all of the applicable State and Federal safety laws. The safety standards and rules contained herein are minimum standards and are not intended to imply that the Union objects to the establishment and imposition by the Individual Employer of additional or more stringent safety rules to protect the health and safety of the Employees. It shall be the exclusive responsibility of the Individual Employer to insure compliance with safety standards and rules.

Nothing in this Agreement is intended to make the Union liable to anyone in the event that injury or accident occurs.

*12.02.01*   Employees shall perform their duties in each operation in such a manner as to promote efficient operation of each particular duty and of any job as a whole, not in conflict with the provisions of this Agreement.

*12.03.00*   *Addiction Recovery and Substance Abuse Policy.* The Union, the Employer and Individual Employers have established a joint program which shall enable all parties to deal with drug and/or alcohol abuse problems from both a safety and productivity enhancement point of view as well as recognizing the individual rights and well being of each Employee. Said policy and program is set forth in Exhibit A attached hereto and made a part hereof. The implementation of this policy is not mandatory by any Individual Employer, but once implemented, the program shall remain in effect unless otherwise agreed to by the Union and the Individual Employer.

*12.04.00*   Whenever the bid specifications of an Owner awarding the work or an Awarding Agency require the Individual Employer to provide a drug free workplace, such requirements shall apply to that job or project.

*12.05.00*   *Unsafe Conditions.* It is further agreed by both parties that too great an emphasis cannot be laid upon the need of safe working conditions. The Individual Employers agree to provide and the Union agrees that Employees shall use the provided health and safety equipment, said equipment to be returned to the Individual Employer upon termination of its use on the project. No Employee shall be required to work on, with, or about an unsafe piece of equipment or under an unsafe condition if such equipment or condition is determined to be unsafe by an authorized representative of the Division of Industrial Safety or the authorized safety representative of a Federal-awarding agency. Such determination shall be in writing.

*12.05.01*   No set of health or safety regulations, however, can comprehensibly cover all possible unsafe practices of working; therefore, the Union and the Individual Employer undertake to promote in every way possible the realization of the responsibility of the Employees and the Individual Employer with regard to preventing accidents to himself or to his fellow Employees. No Employee shall be discharged for refusal to work on or about equipment or a condition that has been found to be unsafe by an authorized representative of the Division of Industrial Safety

or the authorized safety representative of a Federal awarding agency and such determination shall be reduced to writing. Any Employee discharged for refusal to work under the above conditions shall be made whole by the Employer for lost wages and benefits.

*12.06.00*   *Facilities.* The Individual Employer agrees to furnish suitable shelter and protection to protect the Employees from falling material and from the elements (including, but not limited to, dust, heat, rain and cold).

*12.06.01*   On all jobs, clean drinking facilities and cool water shall be provided the Employees by the Individual Employer.

*12.06.02*   Suitable, adequate and sanitary toilet facilities shall be provided on all jobs.

*12.07.00*   *BATT Training.* The Individual Employer will reimburse Employees for fees (not wages) for required BATT Training.

*12.08.00*   *Union Notification.* In the event there is a crane related accident requiring the Individual Employer to submit a report to Cal OSHA, the Individual Employer shall immediately notify the Union Representative or the Job Placement Center servicing the project. The Union Representative servicing the project shall furnish the Individual Employer with his home telephone number.

*12.09.00*   *Notices.* The Individual Employer must post the name and address of its doctor and of the Workers' Compensation Insurance carrier on the jobsite.

*13.00.00*   **JOB STEWARDS**

*13.01.00*   *Number of Job Stewards.* The Union may select an Employee on each shift in operation on a job or project to serve as Job Steward. Where the size of the project makes it appropriate, the Union may appoint additional Job Stewards.

*13.02.00*   *Performance of Duties.* In addition to his regularly assigned work, the Job Steward shall be permitted to perform, during working hours, the duties set forth in 13.05.00. The Union agrees that such duties shall be performed as expeditiously as possible and the Individual Employers agree to allow Job Stewards a reasonable amount of time for the performance of such duties.

*13.03.00*   *Notification of Appointment and Termination.* The Union shall notify the Individual Employer, or his representative, in writing, of the appointment of Job Steward, and the Individual Employer shall notify the Union of his termination.

*13.04.00*   *Notification Prior to Layoff.* The Individual Employer shall notify the Job Placement Center servicing such job or project at least two (2) full workdays prior to an intended layoff of a Job Steward. This provision shall not apply to discharges for "just cause" which will be subject to Sections 04.03.00 - 04.03.02.

*13.05.00*   *Duties.* The Job Steward shall be limited to and shall not exceed the following duties and activities:

*13.05.01*   Check the dispatch of each Employee dispatched under the terms of this Agreement to his Individual Employer before such Employee commences work, or as soon thereafter as practical.

*13.05.02*   Report to his Business Representative all violations of this Agreement.

*13.05.03*   Report to his Business Representative any Employee covered by this Agreement, who during his shift, leaves the jobsite without giving the Individual Employer and the Job Steward prior notice.

*13.06.00*   *Prohibitions.* The Job Steward shall not:

*13.06.01*   Stop the Individual Employer's work, for any reason.

*13.06.02*   Tell any worker, or any Employee covered by this Agreement, that he cannot work on the job.

*13.07.00*   *Dismissal.* Infraction of either of the two (2) rules set forth in 13.06.00 shall be cause for immediate dismissal of the Job Steward without any prior notice.

*13.08.00*   *Reduction in Force.* In a classification in which there is a Job Steward wherein the Job Steward's abilities are equal to the other Employees', and except as otherwise provided above, the Job Steward shall be the last to be selected for a reduction in force.

*13.09.00*   *Business Representative.* A Business Representative(s) of the Union shall be permitted on all jobs, but shall not interfere with the work.

*13.09.01*   Provision shall be made by the Individual Employer for the admission of such Business Representative(s) to the jobsite of the Individual Employer at all times and places where work is being performed by the Individual Employer or by any subcontractor of any tier of the Individual Employer.

*13.09.02*   The Business Representative(s) so admitted shall concern themselves only with work, equipment and Employees covered by this Agreement.

*14.00.00*   **PROVISIONS GOVERNING RIGHT TO ARBITRATE**

*14.01.00*   No dispute, complaint or grievance concerning the interpretation, application or compliance with any provisions of 01.06.00, 04.00.00, 11.00.00 and 15.00.00 is or are arbitrable under the provisions of this Section 14.00.00 of this Agreement.

*14.02.00*   All other disputes, complaints and grievances are the subject of arbitration as follows:

*14.02.01*   A Board of Adjustment is hereby created for the settlement of disputes. It shall be composed of a panel selected by the Union and a panel selected by the Employer. Said board shall organize within five (5) days of the signing of this Agreement, and shall elect a chairman and shall adopt rules of procedure which shall bind the contracting parties. In the event the parties hereto do not, or have not, mutually agreed upon rules of procedure, the rules of procedure governing a particular matter referred to the Board of Adjustment shall be referred for determination to the five (5) member Board of Adjustment as composed and convened by the procedures provided below. Within five (5) days of the time any dispute is referred to it by either party, two (2) representatives from the Union panel and two (2) representatives from the Employer panel shall meet as a board, with a chairman and secretary to consider such dispute. Said board shall have the power to adjust any differences that may arise regarding the meaning or enforcement of this Agreement. If the board within twenty-four (24) hours after such meeting cannot agree on any matter referred to it, the members thereof within three (3) days shall choose a fifth (5th) member who shall have no business or financial connection with either party. In the event said members are unable unanimously to agree upon the identity of said fifth (5th) member within said three (3) day period, the choice shall be made by either party's requesting the Federal Mediation and Conciliation Service to submit a list of five (5) arbitrators from which the said fifth (5th) member shall be chosen by each party's striking two (2) names from said list, the arbitrator whose name then remains be coming the said fifth (5th) member. The matter shall then proceed to arbitration before the Board of Adjustment as composed with all due expedition.

In the event either party fails to meet within fifteen (15) days of the date the other party requests in writing that the Board of Adjustment be convened, the grievance shall be resolved in favor of the grieving party.

The time (i.e., fifteen [15] days) may be extended by mutual agreement of the Employer and the Union.

On any matter involving liability, either party can request that the grievance/arbitration procedure be expedited and the moving party shall strictly comply with the 24-hour requirement in existing language (14.02.01) to convene the Board of Adjustment within three (3) days. The Board of adjustment or Arbitrator shall issue a bench decision in all such ongoing liability cases. Should the moving party refuse a request for any expedited arbitration, all ongoing liability shall immediately cease.

The Primary Arbitrator shall be Gerald McKay. The parties will mutually agree to a second (2nd), third (3rd) and fourth (4th) arbitrator within thirty (30) days of the ratification of this agreement.

*14.02.02*   The decision of said board shall be determined by a majority of its members and shall be rendered within ten (10) days after such submission. Said decision shall be within the scope and terms of this Agreement and shall be final and binding on all parties hereto. Pending such decision, work shall be continued in accordance with the provisions of this Agreement. The expense of employing said fifth (5th) person shall be borne equally by both

parties. No proceedings hereunder based on any dispute, complaint or grievance herein provided for shall be recognized, unless called to the attention of the Employer and the Union in writing within fifteen (15) days after the alleged violation was committed.

***14.03.00*** *No Cessation of Work.* With respect to any dispute, complaint or grievance arising under the terms and conditions of this Agreement, which is subject to arbitration under the provisions of 14.00.00 and Job Placement Regulations 04.10.45 of this Agreement, the Employer and Individual Employer agree that they and each of them will not authorize any lockout, slowdown or stoppage of work and the Union will not authorize any strike, slowdown or stoppage of work.

***14.03.01*** The foregoing no-strike, no-lockout provision of Section 14.03.00 shall apply and shall only be of force and effect with respect to or concerning a dispute, complaint or grievance subject to arbitration under the provisions of 14.00.00 and Job Placement Regulations, 04.10.45 of this Agreement, and with respect to any disputes, complaints or grievances not subject to arbitration under the provisions of 14.00.00, 15.00.00 and Job Placement Regulations, 04.10.45 of this Agreement the Union is hereby specifically authorized to withdraw any or all of the Employees of such Individual Employer subject to this Agreement from work covered by this Agreement for such Individual Employer and such withdrawal shall not, so long as such dispute shall continue, be a violation of this Agreement or any clause, sentence, paragraph or section of this Agreement.

***14.03.02*** Any Employees withdrawn or refusing to perform any work as herein provided shall not lose their status as Employees, but no such Employee shall be entitled to claim or receive any wages or other compensation for any period during which he has been so withdrawn or refused to perform any work; provided, however, nothing in 14.03.00 shall in any way modify or affect the Union's obligation or the provisions of any Trust Agreement or amendment thereof referred to in 11.00.00 of this Agreement.

***14.03.03*** If and when the Union has any dispute, complaint or grievance with an Individual Employer concerning any manning provision or Section 04.00.00, including the Job Placement Regulations, the Union shall not exercise its rights to withdraw Employees under Sections 14.03.01 and 14.03.02 for twenty-four (24) hours after receipt by the Employer of written notice by the Union of the dispute, complaint or grievance.

If the Union has exercised its right to withdraw Employees because of a dispute, complaint or grievance with an Individual Employer concerning a manning violation, then the Individual Employer shall have a right to follow the procedure set out in 14.02.01 and 14.02.02. In the event the Individual Employer mans the equipment as requested by the Union or decides to leave the equipment down, and the board of adjustment determines there was no manning violation by the Individual Employer, the Union shall not be liable for costs or loss incurred by manning the equipment or leaving it down.

***14.03.04*** The decision of the with respect to the manning of any classification shall control the manning of that classification thereafter, and the Union shall not withdraw Employees unless an Individual Employer fails to man the classification in accordance with the decision of the Board of Adjustment.. After fifteen (15) days subsequent to such decision of the Board of Adjustment, if an Individual Employer does not man a classification in accordance with the decision of the Board of Adjustment, the Union shall not be bound by Section 14.03.03 with respect to such classification and Individual Employer.

***14.03.05*** Regardless of any provision of Section 14.00.00 to the contrary, the right of withdrawal will not be exercised only to harass an Individual Employer.

***14.04.00*** *Manning and Hiring Violations.* An Individual Employer who has violated any of the manning provisions of Section 04.00.00 of this Agreement shall pay into the Operating Engineers' Pensioned Health and Welfare Trust Fund an amount not to exceed the wages, straight time and overtime, and fringe benefits that would have been paid by the Individual Employer but for the violation plus twenty-five percent (25%) of the total amount not as a penalty but by way of liquidated damages for the damages suffered by the Union. Such payments shall be for not more than ten (10) days of said violation prior to the notification of the Employer as provided in Section 14.03.03.

*14.04.01*   In the event there is a dispute between the Employer and the Union over the amount due, said dispute will be settled in accordance with the provisions set forth in 14.02.01 and 14.02.02.

*14.04.02*   If the Individual Employer fails to make any payments determined to be owing pursuant to this Section, the Union shall have the right to withdraw Employees in accordance with 14.03.01 and 14.03.02 until such payment is made.

*15.00.00*   **JURISDICTIONAL DISPUTES**

*15.01.00*   There shall be no cessation or interference in any way with any work of the Employer or any Individual Employer by reason of jurisdictional disputes between the various Unions affiliated with the AFL-CIO or the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America with respect to jurisdiction over any of the work covered by this Agreement. Such disputes shall be settled by the Unions themselves in accordance with the rules of the Building and Construction Trades Department of the AFL-CIO and the Agreement establishing a National Joint Board for Settlement of Jurisdictional Disputes in the Building and Construction Industry, as amended, or in the case of the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, between the International Union of Operating Engineers and the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America. The Union, Employer and Individual Employers covered hereby shall be bound by said Agreement establishing said Board and the settlement of the dispute by such Board or Labor Unions as the case may be.

*16.00.00*   **SPECIAL PROVISIONS CONCERNING FOREMEN OTHER THAN GENERAL FOREMEN**

*16.01.00*   *General Provisions.* The provisions of this Section 16.00.00, to the extent they differ from any specific provision of other Sections of this Agreement, shall supersede such provision and this Section 16.00.00, as to such provision, shall control.

*16.02.00*   *Classified as Supervisors.* Foremen shall not be subject to the Job Placement Regulations of this Agreement.

*16.03.00*   *Heavy Duty Repairman Foremen or Master Mechanics (Heavy Duty).* The Individual Employer shall have the right to determine the number of Heavy Duty Repairman Foremen or Master Mechanics (Heavy Duty), with the following exceptions:

*16.03.01*   When the Individual Employer is employing five (5) or more Heavy Duty Repairmen, he shall employ a Heavy Duty Repairman Foreman or Master Mechanic (Heavy Duty) to supervise them.

*16.03.02*   When five (5) or more Heavy Duty Repairmen are performing work on an overtime basis, the Heavy Duty Repairman Foreman or Master Mechanic (Heavy Duty) who is in charge of the preceding straight-time work shall be afforded the opportunity to work overtime including Saturdays, Sundays and holidays.

*16.03.03*   No Heavy Duty Repairman Foreman or Master Mechanic (Heavy Duty) shall work with the tools, except when required in the supervision of his work, and except in an on-the-job emergency; provided, however, in the event a regular Heavy Duty Repairman is absent, the Heavy Duty Repairman Foreman or Master Mechanic (Heavy Duty) may work with the tools, provided in such case that prior to such work the appropriate Job Placement Center of the Union has been requested to dispatch a replacement.

*16.04.00*   *Fringe Benefits.* The Individual Employer shall abide by Section 11.00.00, with respect to Foremen, Shifters, Heavy Duty Repairman Foremen, and Master Mechanics (Heavy Duty) in the same manner as applied to all Employees covered by this Agreement.

*16.05.00*   *Union Security.* When the Individual Employer uses Foremen, Shifters, Heavy Duty Repairman Foremen and Master Mechanics (Heavy Duty), they shall be required to be members of the Union.

*17.00.00*   **SPECIAL PROVISIONS COVERING SUPERVISORY PERSONNEL ABOVE THE RANK OF FOREMAN**

*17.01.00*   *Fringe Benefits.* The Union and the Employer agree that the Individual Employers covered by this Agreement may cover their supervisory personnel above the rank of Foremen in the Operating Engineers' Health

and Welfare Trust Fund for Northern California, Pensioned Operating Engineers' Health and Welfare Fund and Pension Trust Fund for Operating Engineers by paying into the above Trusts set forth in the Master Agreement monthly on the basis of 168 hours per month in accordance with the schedules set forth in the Master Agreement, regardless of the hours worked by any such Employee in a month; provided, however, the Individual Employer having made one (1) payment on an Employee shall continue to make such payment so long as the Employee is in his employ and further provided this offer of participation in the various Trusts is only available to Employees who have been members of the International Union of Operating Engineers for ten (10) years last past or if aged less than 45 years a member of the International Union of Operating Engineers.

*18.00.00*  *VACATION AND HOLIDAY PAY PLAN*

*18.01.00*   Payments by the Individual Employer. Each Individual Employer covered by this Agreement shall pay each Employee covered by this Agreement in addition to the Employee's "regular rate" or "basic hourly rate" the amount provided for in 11.06.00 for each hour worked or paid for such Employee by such Individual Employer under this Agreement and for each hour due such Employee as shift differential from such Individual Employer.

*18.01.01*   The amount due each Employee covered by this Agreement as provided for in 11.06.00 of this Agreement shall be paid by each Individual Employer for each hour worked or paid each Employee of such Individual Employer on or before the 15th day of the month following the month in which such Employee was employed by such Individual Employer and an Individual Employer shall be delinquent if such Individual Employer's report and payment is not received by the bank prior to midnight of the 25th day of that month. Each Individual Employer shall report the hours and the amounts so paid to the account of each Employee on the same reporting form upon which each Individual Employer reports his payments to the Funds in this Agreement provided and shall make payment to the same bank and transit trustee account. Upon receipt of such payment by the bank and transit trustee account each Individual Employer so reporting and paying shall have no other responsibility or obligation, and shall be fully released from any and all obligations hereunder.

*18.01.02*   The parties agree that the payments provided in this Section 18.01.00 are in lieu of the Employee's actually taking a vacation. Such payments shall not be considered part of the hourly wage rates for the purpose of computing overtime, either under the Fair Labor Standards Act, the Walsh-Healy Act or any other law, and no vacation payment shall be made on the basis of a premium rate of time and one-half (1 ½) or double (2) time.

*18.02.00*   Deduction of Taxes. All taxes due from each Employee including taxes due by reason of payments under this Vacation and Holiday Pay Plan shall be deducted by each Employee's Individual Employer from each Employee's regular wages and such total tax deductions together with the amount payable under this Vacation and Holiday Pay Plan shall be separately noted on the Employee's paycheck.

*18.03.00*   Administration of Plan. The administration of this Plan shall be by and under a Fund Manager. The Fund Manager of the Pension Trust Fund for Operating Engineers in this Agreement provided for shall be the Fund Manager of this Plan.

*18.03.01*   The Fund Manager shall cause all money paid into the bank and transit account to be transferred to a trustee account of the Fund Manager of this Plan in the same bank, to be known as "Operating Engineers Local Union No. 3 Vacation and Holiday Pay Plan" not less often than thirty (30) days after its deposit in the transit account.

*18.03.02*   All interest earned while funds are on deposit in the transit account shall be transferred by the Fund Manager to a revolving account from which the Fund Manager shall pay all expenses of every kind or nature incurred in carrying out this Vacation and Holiday Pay Plan, including the entrance fee of the Credit Union and in the event such interest shall not be sufficient to pay such expenses, so much of the interest earned by the Operating Engineers Local Union No. 3 Vacation and Holiday Pay Plan Account as may be necessary to liquidate such expenses shall be transferred to the revolving account. The Fund Manager and his agents shall be bonded for the full amount on deposit in the revolving account at all times and such other amount as may be required by law. The cost of such bond or bonds shall be a proper expense of the Fund Manager.

*18.04.00*   *Payment of Vacation and Holiday Pay to Employees.* During the months of April and October of each calendar year, an Employee desirous of having his Vacation and Holiday Pay paid directly to him shall notify the Fund Manager on a form to be provided by the Fund Manager which the Employee can obtain at the office of the Fund Manager or any Job Placement Center of Operating Engineers Local Union No. 3 in Northern California. Such notice on such form must be received at the office of the Fund Manager not later than five o'clock (5:00) p.m., April 30 or October 31 of each calendar year.

*18.04.01*   In addition to those notifying the Fund Manager of this Plan as last above set out of their desire to be paid directly, all Employees for whom Individual Employer payments of less than sixty dollars ($60.00) have been made into this Plan and received by the Fund Manager by March 31 (February Hours) or September 30 (August Hours) of each calendar year, as the case may be, shall be paid their Vacation and Holiday Pay directly.

*18.04.02*   On or before May 15 and November 15 of each calendar year, the Fund Manager of this Plan shall, as to each Employee giving the notice hereinabove set out or who has not had paid in by reason of his employment by an Individual Employer or Individual Employers, sixty dollars ($60.00), as provided in 18.04.01, draw a check payable to each such Employee in an amount equal to the Individual Employer payments made by reason of such Employee's employment plus such Employee's proportionate share of the interest earned as of March 31 and September 30 of each calendar year less expenses. These checks shall be sent postage prepaid to the last known address of the Employee in the records of the Fund Manager, and if he has no record, in the records of Operating Engineers Local Union No. 3. Those checks which are returned or from whom the Fund Manager has no address shall be held for seven (7) years by the Fund Manager for each such Employee and then destroyed by the Fund Manager, and the Funds shall be applied to the payments of the expenses of this Plan and any excess prorated annually among the then participants. A carrying charge of one percent (1%) of the annual interest earned on all sums uncalled for until the check is destroyed shall be charged and shall be applied to the payment of the expenses of this Plan.

*18.04.03*   Principal and interest shall be separately stated on each such Employee's check.

*18.04.04*   Provided, however, that an Employee may direct the Fund Manager in writing to transfer his Vacation Pay on a current basis to his account in the Credit Union as requested by the Credit Union. Such direction shall state the minimum term for which it shall remain in effect and shall continue thereafter until revoked by the Employee in writing.

*18.04.05*   In the event such notice provided for in 18.04.00 is not received, all sums due each Employee not giving such notice within the time provided and for whom sixty dollars ($60.00) or more including interest is on deposit in the Operating Engineers Local Union No. 3 Vacation and Holiday Pay Plan as of March 31 (February Hours), and September 30 (August Hours) of each calendar year, shall be transferred by the Fund Manager of this Plan on or before May 15 and November 15 of each calendar year to a special account of Operating Engineers Local Union No. 3 Credit Union for the purchase of shares in the Credit Union for each such Employee. Shares so purchased shall be issued by the Credit Union to each such Employee as of May 31 and November 30 of each calendar year and any amount less than one (1) share shall be carried to the credit of each such Employee.

*18.04.06*   In the event of the death or adjudicated incompetence of any Employee the monies credited to him, exclusive of interest, will be paid over to the beneficiary designated as such under the Pension Trust Fund for Operating Engineers upon presentation of a certified copy of the death certificate or order adjudicating incompetence to the Fund Manager or if no such beneficiary has been designated, to the authorized representative of the estate of the deceased Employee or to the guardian or conservator of the estate of the incompetent Employee or as otherwise provided in the Probate Code of the State of California.

*18.04.07*   The Credit Committee of the Credit Union, not acting for the Credit Union but under this Plan, shall in emergency cases be empowered to direct the Fund Manager to immediately release the monies credited to the Employee concerned exclusive of interest, provided the total to be released is in excess of twenty-five dollars ($25.00). Said emergencies shall be limited to the extent that an Employee will be allowed no more than two (2) withdrawals per year, one (1) in each accumulation period, on an emergency basis subject to the approval of the Credit Committee.