factory modification to be performed on the jobsite, one factory representative shall be excluded from the foregoing.

NOTE: The following provisions relating to the utilization of Apprentices shall apply, except where superseded by the provisions of the Second Amended Consent Decree in Civil Case No. C-71-1277 MHP, as modified, or as may be subsequently modified during the term of this, Agreement.

*07.05.00*  *Registered Apprentices.* The wages, rates of pay, hours of labor and the other conditions of employment of Registered Apprentices shall be and are governed entirely by the terms and conditions of this Agreement except as modified in 07.05.01, 07.05.02 and 07.05.03.

*07.05.01*   The education, training and disciplining of Registered Apprentices shall be governed by the appropriate Joint Apprenticeship Committee and Standards:

(1)   Operating Engineers Apprenticeship Committee for the 46 Counties of Northern California;

(2)   Northern California Surveyor Joint Apprenticeship Committee.

*07.05.02*   *Apprentice Wage Rates.* The straight-time hourly rate of Operating Engineers Registered Apprentices in the Operating Engineers Apprenticeship Program shall receive the following percentage of the Group 4 rate set forth in Section 01.03.00:

On-the-job training, and

> Probationary/Orientation Period — 45%
> 1st Period Apprentice — 50%
> 2nd Period Apprentice — 60%
> 3rd Period Apprentice — 70%
> 4th Period Apprentice — 85%

The Apprentice wage rate to be calculated at 45% of the Group 4 wage rate shall apply to the eight hundred (800) hours of on-the-job training described below (Probationary/Orientation Period).

Probationary/Orientation Period. The Probationary/Orientation Period for the Construction Equipment Operator Branch shall consist of twelve hundred (1,200) hours. Four hundred (400) hours of orientation training at a designated training center in the following: Apprenticeship orientation, safety, grade setting, lubrication, general maintenance, and introduction to the following categories: track-type equipment, rubber-tire-type equipment, hoisting-type equipment and stationary-type equipment. Eight hundred (800) hours of the Probationary/ Orientation Period will be on-the-job training, employed by a participating or contributing Employer.

*07.05.03*   All Operating Engineer Apprentices upon completing the Probationary/Orientation Program may request evaluation by the appropriate Joint Apprenticeship Committee to receive credit which may be applicable for past experience. The Joint Apprenticeship Committee may determine through the evaluation whether the Apprentice shall be a First through Fourth Period Apprentice, and they shall be paid the appropriate percentage as set forth in 07.05.02. In such determinations, the Joint Apprenticeship Committee's decision shall be final. Surveyor Apprentices shall be evaluated and receive the wage scale of the proper wage schedule as determined by the application of the proper percentage of the appropriate classification for the period of training and the work performed, all as determined by the NCS-JAC.

*07.05.04*   Apprentice manning shall be in conformance with the schedule as set forth in 07.05.13 of this Agreement.

(1)   A report form incorporating the provisions of the schedule set forth in 07.05.13 shall be utilized by the Individual Employers.

(2)   Should the cumulative total of the Apprentice hours reported by an Individual Employer during a monthly reporting period be deficient in the total hours required for such reporting period, as determined pursuant to the schedule set forth in 07.05.13, the Individual Employer shall be liable, by way of

liquidated damages, for the amount of the total wage and fringe benefit contributions of a 3rd Period Apprentice for the deficient hours, except as set forth below. The contributions received from Individual Employers pursuant to the provisions of this paragraph shall be paid into the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund.

(3) Apprenticeship hours reported in excess of the required amount during the twelve (12) reporting periods immediately preceding or the six (6) reporting periods (excluding winter work months of December through April) immediately following a reporting period in which a deficiency occurs may be utilized to correct the deficiency for said reporting period. The number of excess reported hours so applied to correct any deficiency may be utilized, as required only once during the term of this Agreement. A deficiency shall be defined as more than eight (8) hours in any one given month.

(4) Any limitation as to the allowable number of Apprentices shall be waived when an Individual Employer needs additional Apprentice hours to reach parity or to meet his Affirmative Action requirements set forth in his contract document; provided, however, that a Journeyman will not be replaced by an Apprentice.

(5) That if the Union receives notice in writing within ten (10) days after an Individual Employer is billed for a shortage in Apprentice hours as determined pursuant to the schedule set forth in 07.05.13, that said Individual Employer alleges that mitigating circumstances should be considered in relieving such Individual Employer, said dispute shall be considered in accordance with provisions set forth in Section 07.05.04(9) hereof.

(6) Any liability to the Individual Employer as established pursuant to paragraph (2) above shall be limited to the immediately preceding three reporting periods, except when it is determined that the Individual Employer has submitted an inaccurate report. In those instances where an inaccurate report has been submitted, the Individual Employer may be found liable for payment pursuant to the provisions of paragraph (2) for any three consecutive reporting periods commencing with the period for which an inaccurate report was submitted.

An Individual Employer who has submitted an inaccurate report or no report and is therefore liable for payments pursuant to this paragraph shall, in addition, be subject to liquidated damages in an amount not less than 10% and not to exceed 25% of the amount due. If the Individual Employer's liability established pursuant to this paragraph has been determined by an audit, and such liability exceeds $500.00, then the reasonable costs of such audit shall be assessed against the Individual Employer.

(7) That Apprentice manning and hiring violations are not subject to the 15-day limitation set forth in 14.02.02.

(8) Formula for computing SURPLUS or SHORTAGE of Apprenticeship hours:

**Method of Calculation**

(a) Total hours
(b) Less: Exempt hours
(c) Equals: Non-exempt hours
(d) Multiplied by: Percentage
(e) Equals: Apprentice hours required
(f) Less: Apprentice hours actually worked
(g) Less: Apprentice absence hours
(h) Less: Apprentice dispatch delay
(i) Equals: Surplus or Shortage of Apprentice hours
(j) Less: Applicable Apprentice hours from prior or subsequent months
(k) Equals: Final Surplus or Shortage of Apprentice hours

(9) The parties recognize that some Individual Employers may not be able to provide safe, meaningful training for Apprentices. Therefore, a committee is established consisting of two (2) representatives of the Union and two (2) representatives of the Employer for the purpose of considering deviation from the Apprentice manning provisions of 07.05.13 where either of these conditions exist. Any question relative to the interpretation of this Agreement or issues other than safe, meaningful training shall be referred to the collective bargaining parties for resolution. If they are unable to resolve questions of interpretation or issues other than safe meaningful training, said matters shall be subject to Section 14.00.00. The Individual Employer shall submit to the committee in writing its reasons why it cannot provide safe, meaningful training for Apprentices on a specified jobsite. The provisions of this paragraph shall apply to all Employers.

*07.05.05*   Any Registered Apprentice absent for two (2) shifts without permission of the appropriate J.A.C. shall be automatically replaced by an unemployed Registered Apprentice.

*07.05.06*   A Registered Apprentice transferred to a training center for related and other instruction shall be temporarily replaced by an unemployed Registered Apprentice. The replacement's temporary employment shall terminate on the return of the Registered Apprentice from the training center.

*07.05.07*   When such Registered Apprentice completes the total apprenticeship training, such Registered Apprentice may return as a Journeyman to any Individual Employer for whom he/she has previously worked if the Individual Employer so requests him and if no Journeyman is laid off or replaced by the employment of such Employee. The employment of the Journeyman as outlined above, shall be in compliance with the Job Placement Regulations, Section 04.00.00.

*07.05.08*   A Registered Apprentice may be assigned (subject to the control of the Joint Apprenticeship Committee) to operate equipment or perform work covered by this Agreement, provided that the Registered Apprentice is under the supervision of a Journeyman at all times and shall not perform any work alone where a Journeyman or Journeymen are not present. The utilization of Registered Apprentices to operate equipment or perform work shall be in accordance with the provisions of the Permanent Injunction and the approved Apprenticeship Standards.

*07.05.09*   In the event there are no Assistant to Engineers or Preferred Classification Employees registered or available for work in an Assistant to Engineer classification, a Registered Apprentice shall be dispatched in lieu thereof. However, when so employed, the Registered Apprentice shall receive the applicable Registered Apprentice rate or the applicable Assistant to Engineer rate, whichever is greater; provided, however, a Registered Apprentice being utilized as an Assistant to Engineer is subject to the provisions set forth in Section 04.10.06(b), and such Registered Apprentice shall not be counted as a Registered Apprentice under Section 07.05.13.

*07.05.10*   *Selection Procedures.* All Apprentice applicants entering the Apprenticeship Program shall be subject to the Selection Procedures in the Apprenticeship Standards of the Joint Apprentice-ship Committee for Operating Engineers for the 46 Northern Counties in California.

*07.05.11*   *Probationary/Orientation Program.* All Apprentices entering the Apprenticeship program shall receive probationary/orientation training at a designated training center pursuant to a curriculum developed by the Joint Apprenticeship Committee. Such participation in the Probationary/ Orientation Program shall be at the discretion of the Joint Apprenticeship Committee. Such hours shall be compensated for by a training grant established by the Affirmative Action Trust Fund.

*07.05.12*   The Apprentice manning requirements set forth in 07.05.04 are not mandatory when they apply to permanent plants producing rock, sand and aggregates of all kinds, concrete (excluding cement), asphalt and macadam where such plants are in competition with like plants not covered by the Master Agreement.

*07.05.13    Schedule for Determining Apprentice Hours Required to Reach Parity.*

**Column A.**
   Total hours worked during a month by Journeymen applicable to Apprentice manning ratio.

NOTE: Journeymen hours applicable to this Schedule shall not include time worked by the following employees:

1. Foremen not operating equipment and/or working with the tools of the trade
2. Assistant Engineers
3. Preferred List Journeymen
4. Journeymen working outside the 46 Counties
5. Superintendents
6. Employees not Journeymen Operating Engineers.
7. Apprentices
8. Owner-Operators
9. Journeyman hours worked if 700 or less.

**Column B.**
   Percentage of Journeymen hours to be worked by Apprentices to reach parity — PER FORMULA SET FORTH BELOW:

| Column A<br>Journeymen<br>Total Non-Exempt<br>Hours | Column B<br>Apprentices<br>Hours Required—<br>Percent (%) |
|---|---|
| 701 or more | 11% |

*07.05.14    Apprentice Dispatch Delay Procedures.*

1. In the event an Individual Employer has a requirement for an Apprentice, and notifies the appropriate Job Placement Center of such requirement, and no Apprentice is available for immediate dispatch, the Individual Employer shall record the date and time of his notification and request in records maintained in his normal course of business.

2. Regardless of whether the Individual Employer requirement for an Apprentice is a continuing one, or on a short-term basis, i.e., eight (8) hours a day, forty (40) hours a week or lesser basis, the Individual Employer shall receive credit on a monthly basis for each hour said Apprentice is unavailable for employment.

3. The Individual Employer shall record the details of any lost hours as a result of dispatch delay on a separate page attached to his monthly "Employer's Report of Contributions" and shall be given appropriate credit only to meet a given month's Apprentice requirement or to make up a prior month's deficiency. Banking of hours as a result of dispatch delay shall not be permitted.

4. Any violation of this dispatch delay procedure shall result in the Individual Employer being liable for the payment into the Operating Engineers' Pension Trust Fund of the wages (straight time and overtime), and fringe benefits which would have been paid by the Individual Employer but for the violation, plus 25%, and said Individual Employer shall be liable for the entire period of any such violation notwithstanding any other provision of Section 14.04.00 of the existing Master Agreement.

*07.05.15    Foremen Exemption.* In the event that an Individual Employer has an occasional or temporary requirement for a Foreman, a Journeyman Operator who is currently employed at the jobsite may be assigned to perform the work of a Foreman without the necessity of obtaining a dispatch, subject to the following conditions:

1. Any application for retroactive relief under the provisions of this Section shall not be considered for any work performed prior to August 1, 1977.

2. During any period of time an Employee is assigned to work as a Foreman, said Foreman may not operate equipment or use the tools of the trade, except as otherwise provided in this Agreement.

3. The Individual Employer when submitting his Employer's Report of Contributions shall specifically designate actual time worked as a Journeyman and actual time worked as a Foreman. Appropriate exempt codes shall be provided by the Employer.

4. Any request for retroactive relief under the provisions of this Section must be submitted by the Individual Employer in writing to the Union. The Individual Employer in such request must provide the specific details of the job or project including the names of the affected Employees, their Social Security Numbers, Apprentice Manning Exempt Codes, and all hours worked consistent with previously reported data.

5. Any Individual Employer violating the provisions of this Section by claiming Foreman exempt hours when in fact such hours were worked by an Employee performing work as a Journeyman, may upon the decision of the Committee provided for in Section 07.05.04(9), be required for a period of one (1) year to have all Foremen dispatched through the Job Placement Center.

6. Any disputes which may occur with respect to an Individual Employer claiming Foreman exempt hours shall be settled in accordance with the procedure provided for in Section 07.05.04(9) of this Agreement between the Employer and the Union.

*07.05.16* The KRA (Crane) Apprenticeship Program shall be modified to provide that an Apprentice who has completed the Crane Apprenticeship Program shall be allowed to work as a Truck Crane Assistant Engineer to complete such further training as may be necessary to become a fully qualified Truck Crane Operator.

*08.00.00   TOOLS*

*08.01.00   Tools.* The Individual Employer shall provide on each jobsite a secure place where his Heavy Duty Repairman may keep his tools. If all or any part of a Heavy Duty Repairman's kit of working tools is lost by reason of the failure of the Individual Employer to provide such a secure place, or by fire, flood, or theft involving forcible entry while in the secure place designated by the Individual Employer, the Individual Employer shall reimburse such Heavy Duty Repairman for any such loss from a minimum of one hundred dollars ($100.00) to a maximum of five thousand dollars ($5,000.00). In order to obtain the benefits of this Section, a Heavy Duty Repairman must provide the Individual Employer with an inventory of his tools at the time he commences work and additional inventory whenever the Heavy Duty Repairman acquires additional tools.

*08.01.01* Heavy Duty Repairmen shall furnish their own hand tools, but special tools shall be furnished by the Individual Employer as needed, such as: Pin Presses, Spanner Wrenches, Air or Electric Wrenches, testing and measuring devices other than a hand rule, Gear and Bearing Pullers, Electric Drills, Reamers, Taps and Dies, Oxy-acetylene Hoses, Gauges, Torches and Tips, Torque Wrenches, twenty-four-inch (24") Pipe Wrenches or Socket Wrenches, and Sockets requiring over three-quarter-inch (3/4") drive, box-end wrenches over 1" and open-end wrenches over 1". Heavy Duty Repairmen and/or the Registered Apprentices shall be entitled to a tool pick-up time before the end of each shift, which shall not be less than five (5) minutes or more than fifteen (15) minutes.

*09.00.00   SERVICING OTHER CRAFTS*

*09.01.00* When Employees covered by this Agreement are employed on a job or project where another craft or crafts work a shorter day, such Employees shall be afforded the opportunity to earn an amount equal to a full shift or full day, as the case may be, at the applicable straight-time wage rate.

*09.02.00* When Employees perform work covered by this Agreement in conjunction with another craft that receives overtime for any period of time between 8:00 a.m. and 4:30 p.m., Monday through Friday, they shall be compensated on the same basis.

*09.03.00*   *Overtime.* Employees servicing a Craft or Crafts receiving more than one and one-half (1-1/2) times the applicable straight-time rate shall receive the same overtime rate as the Craft they service.

## *10.00.00   SUBSISTENCE AND TRAVEL, RENTED EQUIPMENT*

*10.01.00*   Operating Engineers employed by an Individual Employer who is regularly engaged in the business of renting cranes, truck cranes, hoisting equipment, gradalls, truck-mounted pavement breakers, or truck-mounted earth augers, on a fully-operated basis, shall receive in addition to their regular and overtime wages, a daily subsistence as follows:

(1) On any job location or project more than thirty-five (35) miles from the permanent yard of the Individual Employer, an Employee shall receive twenty-five dollars ($25.00) per day expenses.

(2) On any job location or project where an Employee(s) travels more than seventy-five (75) miles from the permanent yard of the Individual Employer and stays overnight (at the Employee's option), said Employee(s) shall receive the actual cost of lodging (receipt required) plus thirty dollars ($30.00) per day expenses.

*10.01.01*   Within thirty (30) days of the execution of this Agreement, any such Individual Employer having more than one (1) yard shall notify the Union, in writing, of the location of his permanent yard, or permanent yards. Such locations can be changed once each year by giving written notice to the Union. Such payments for subsistence shall be excluded from the wages of the Employee for the purpose of the Fair Labor Standards Act.

*10.01.02*   No subsistence shall be paid on any job when the Employee's time starts and ends at the Individual Employer's permanent yard without any break in compensable hours except for meal periods.

*10.02.00*   On jobs on which an Employee does not receive subsistence, the understanding of the undersigned parties is as follows:

*10.02.01*   An Employee shall not receive travel time or travel expense except under 10.03.00 and 10.04.00 below.

*10.03.00*   *Travel Expense.* Where the Employee is transported on the Individual Employer's equipment, travel expense shall not be due.

*10.03.01*   Travel expense will be paid when moving cranes from yard to job, job to yard and job to job when crane is not returned to its original starting point at the end of the day, and when the Employee receives travel time under 10.04.00.

*10.03.02*   Travel expense, when due an Employee furnishing his own transportation, shall be paid at the rate of twenty-five cents ($.25) per mile, and the Individual Employer shall also pay bridge, ferry or toll fares involved; provided that no Employee shall be required to furnish the means of transportation as a condition of employment for the purpose of transporting Employees, fuel, rigging gear or tools.

*10.04.00*   *Travel Time.* On any day on which an Employee is required to report to the yard, the Employee's time will start at the yard. On any day on which the Individual Employer requires an Employee to return to the yard and when, absent a pre-arrangement to cover transportation under 10.03.01, an Employee is required to report to the yard on that date, an Employee's time will end at the yard.

*10.05.00*   Travel time, except equipment transportation, shall be at the straight-time rates. Travel time shall be computed at the actual time spent in traveling; however, such travel time shall not exceed the rate of 35 miles per hour. Travel in pickups and passenger vehicles is not "equipment transportation" for the purposes of this Section.

## *11.00.00   FRINGE BENEFITS*

*11.01.00*   *General Provisions.* The Individual Employer will make the following payments for each hour worked or paid each Employee by an Individual Employer covered by this Agreement. Such payments shall be paid by each Individual Employer for each hour worked or paid each Employee of such Individual Employer on or before the 15th day of the month following the month in which such Employee was employed by such Individual Employer, and an Individual Employer shall be delinquent if such Individual Employer's Report and payment is not received by the bank prior to midnight of the 25th day of that month. All such payments shall be made at Alameda,

California, at the time (as set forth above) and in the manner provided for by the applicable employer-Union Trust Agreement creating a Trust or, if not a Trust, at the time and in the manner provided for in this Agreement. Each Individual Employer is bound by all the terms and conditions of each Trust Agreement and any amendment or amendments thereto which are incorporated by reference herein. The Union and the Employer agree that these plans are and have been defined contribution plans.

*11.01.01*   In the event a National Health Act is enacted, the parties shall meet for the purpose of endeavoring to eliminate any duplicate coverage and cost which may apply to the Individual Employer.

*11.02.00*   *Health and Welfare and Sick Benefits.* Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Health and Welfare Trust Fund for Northern California according to the following schedule:

>    Effective July 1, 2003 — Five dollars and ten cents ($5.10) per hour

*11.02.01*   Should it be actuarially determined that Health and Welfare Trust Fund reserves have fallen below amounts necessary to maintain a six (6) month level of benefits, the Employer and the Union will meet and take whatever action is necessary to insure adequate reserves. However, any increase to contributions shall come from existing or previously negotiated increases. Nothing set forth herein shall contravene or be deemed to be in conflict with the National Health Act Clause.

*11.03.00*   *Pensioned Health and Welfare.* Each Individual Employer covered by this Agreement shall pay into the Pensioned Operating Engineers' Health and Welfare Trust Fund according to the following schedule:

>    Effective July 1, 2003 — One dollar and forty-nine ($1.49) per hour

*11.04.00*   *Pensions.* Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Pension Trust Fund according to the following schedule:

>    Effective July 1, 2002 — Three dollars and seventy-five cents ($3.75) per hour

*11.04.01*   Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Pension Trust Fund according to the following schedule for Apprentices effective July 1, 2002:

>    1st Period — $2.25 per hour
>    2nd Period — $2.25 per hour
>    3rd Period — $2.25 per hour
>    4th Period — $2.25 per hour

*11.05.00*   Effective February 1, 1999, the contribution rates for any of the funds described in Sections 11.02.00, 11.03.00, and 11.04.00, may be increased by up to an additional cumulative five cents ($.05) per hour if the Union determines such an increase is necessary.

*11.06.00*   *Affirmative Action.* Each Individual Employer covered by this Agreement shall pay into the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund according to the following schedule:

>    Effective July 1, 2002 — Fifty-two cents ($.52) per hour

In addition to the above, the Individual Employer shall pay one dollar ($1.00) per hour for each hour worked or paid each Registered Apprentice into the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice, and Journeyman Affirmative Action Training Fund.

*11.07.00*   *Vacation and Holiday Pay Plan.* Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Vacation and Holiday Pay Plan according to the following schedule:

>    Effective July 1, 2002 — Two dollars and seventy cents ($2.70) per hour

*Registered Apprentices.* Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Vacation Holiday Pay Plan for Apprentices according to the following schedule:

Effective July 1, 2002 — Two dollars and twenty cents ($2.20) per hour

**11.07.01**   Such payments to the Plan shall be made at Alameda, California, in accordance with and in the manner as provided in the Vacation and Holiday Pay Plan, Section 18.00.00.

**11.07.02**   *Complementary Dues.* The Employees may authorize, in writing, that a portion of said payments be paid to the Union as Complementary Dues.

**11.08.00**   *Annuity Fund.* Each Individual Employer covered by this Agreement shall pay into the Operating Engineers' Annuity Trust Fund according to the following schedule:

Effective July 1, 2003 — One dollar and fifty-five cents ($1.55) per hour

**11.09.00**   *Contract Administration Fund.* Each Individual Employer covered by this Agreement shall pay into the Contract Administration Fund according to the following schedule:

Effective July 1, 2002 — Twenty cents ($.20) per hour

**11.10.00**   *Industry Stabilization Fund.* Each Individual Employer covered by this Agreement shall pay into the Industry Stabilization Fund according to the following schedule:

Effective July 1, 2002 — Six cents ($.06) per hour

**11.10.01**   Such monies shall be utilized to enhance the enforcement of prevailing wage laws through The Foundation For Fair Contracting within the geographic area covered by this Agreement.

**11.11.00**   *Job Placement Center and Market Area Committee Administration Fund.* Each Individual Employer covered by this Agreement shall pay into the Job Placement Center and Market Area Committee Administration Fund according to the following schedule:

Effective July 1, 2002 — Ten cents ($.10) per hour

**11.12.00**   *Joint Organizing Business Development & Marketing Fund.* The parties will establish a Taft-Hartley Trust Fund after they agree upon the Trust Fund's purposes and operations. Pending the establishment of the Trust Fund, the parties will establish an escrow account in which the Individual Employer contributions for the Trust Fund provided herein shall be deposited. Each Individual Employer covered by this Agreement shall pay into the Trust Fund (the escrow account before the Trust Fund is established) according to the following schedule:

Effective July 1, 2002 —Nine cents ($.09) per hour

**11.13.00**   *Supplemental Dues.* In addition to any amount specified as and for Vacation and Holiday benefits in section 11.07.00, and 11.07.01, of this Master Agreement, the amount of sixty-five cents ($.65) per hour for each hour paid for or worked shall be added and specifically designated as Supplemental Dues effective for all work performed on and after July 1, 2003; seventy-five cents ($.75) per hour effective for all work performed on or after July 1, 2004; eighty-five cents ($.85) per hour effective for all work performed on or after July 1, 2005. Upon the execution of a proper authorization as required by law, the amount set forth shall be transmitted from the Vacation-Holiday benefit of each Employee performing work or being paid under this Agreement and shall be remitted directly to the Union. These amounts specified herein shall not be deemed to be part of the Vacation-Holiday benefit but is an amount specifically agreed to as a Supplemental Dues benefit. The amount of the Supplemental Dues transmittal shall be specified on a statement sent to the Employees. Such remittance shall be made to the Union monthly. Supplemental Dues are specifically part of the uniform monthly dues of each Employee, as specified in the provisions of Section 04.02.00, Union Security, of this Agreement. The Employees shall be obligated to make such payment directly to the Union on a monthly basis if the dues authorization provided for herein is not executed, under such terms and conditions as from time to time may be prescribed by the Union.