# MASTER AGREEMENT FOR EQUIPMENT RENTAL

(Extended through 2006)

THIS AGREEMENT, made and entered into this 1st day of July, 1995, extended and amended on February 1, 1999, and extended and amended on March 24, 2003, through the 30th day of June, 2006, by and between the CRANE OWNERS ASSOCIATION, INC. ("Employer") and OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO ("Union").

*01.02.00    EMPLOYEES, CLASSIFICATIONS, MANNING, AND WAGE RATES*

*Straight-Time Hourly Wage Rates*
*Effective Dates*

**GROUP 1 (3 classifications)**

| 7/01/02 | 7/01/03 | 7/01/04 | 7/01/05 |
|---|---|---|---|
| $35.82 | $36.07 | $1.50* | $1.45* |

| | | |
|---|---|---|
| 1951 | 1. | Cranes over 100 tons (Assistant to Engineer required) |
| 2105 | 2. | Derrick over 100 tons |
| 6915 | 3. | Self Propelled Boom Type Lifting Devices over 100 tons |

*5183\*\* Truck Crane Oiler*

| $28.71 | $28.96 | $1.50* | $1.45* |
|---|---|---|---|

*5173\*\* Oiler*

| $26.53 | $26.78 | $1.50* | $1.45* |
|---|---|---|---|

**GROUP 2 (3 classifications)**

| 7/01/02 | 7/01/03 | 7/01/04 | 7/01/05 |
|---|---|---|---|
| $34.11 | $34.36 | $1.50* | $1.45* |

| | | |
|---|---|---|
| 1981 | 1. | Cranes over 45 tons up to and including 100 tons (Assistant to Engineer required) |
| 2261 | 2. | Derrick, 100 tons and under |
| 6901 | 3. | Self Propelled Boom Type Lifting Device, over 45 tons |
| 7881 | 4. | Mobile Tower Crane† |

*5183\*\* Truck Crane Oiler*

| $28.49 | $28.74 | $1.50* | $1.45* |
|---|---|---|---|

*5173\*\* Oiler*

| $26.29 | $26.54 | $1.50* | $1.45* |
|---|---|---|---|

**GROUP 3 (3 classifications)**

| 7/01/02 | 7/01/03 | 7/01/04 | 7/01/05 |
|---|---|---|---|
| $33.01 | $33.26 | $1.50* | $1.45* |

| | | |
|---|---|---|
| 1961 | 1. | Cranes, 45 tons and under (Assistant to Engineer required) |
| 6881 | 2. | Self Propelled Boom Type Lifting Device, 45 tons and under |
| 8721 | 3. | Tower Crane |

CA New Master Equipment Rental
Contract type 13 – April 16, 004
opeiu-3-aflcio (3)
January 27, 2004;mer


EXHIBIT B

*5183\*\* Truck Crane Oiler*
     $28.23   $28.48        $1.50*   $1.45*

*5183\*\* Hydraulic*
     $27.85   $28.10        $1.50*   $1.45*

*5173\*\* Oiler*
     $26.04   $26.29        $1.50*   $1.45*

**GROUP 4 (3 classifications)**
     7/01/02  7/01/03  7/01/04  7/01/05
     $30.70   $30.95   $1.50*   $1.45*

1241    1.  Chicago Boom
2941    2.  Forklift, 10 tons and over
3401    3.  Heavy Duty Repairman/Welder

**GROUP 5 (1 classification)**
     7/01/02  7/01/03  7/01/04  7/01/05
     $29.45   $29.70   $1.50*   $1.45*

0701    1.  Boom Cat

**FOREMAN**

Foreman (other than General Foreman), Shifters, Heavy Duty Repairman Foreman and Master Mechanics (Heavy Duty)
     7/01/02  7/01/03  7/01/04  7/01/04
     $34.92   $35.17   $1.50*   $1.45*

\*The Union may allocate the increases to wages and/or fringe benefits.

\*\*   A Truck Crane Oiler or an Oiler (as appropriate) is required on all the above cranes, except (1) Self Propelled Boom Type Hydraulic Lifting Devices; and (2) self contained job-ready telescoping boom hydraulic truck cranes that can travel on the California State highway system with the boom over the front of the truck crane carrier without a boom dolly, trailer or any other type of conveyance to transport any attachment or part of said hydraulic crane may be operated by one (1) Employee and such Employee shall be paid the appropriate rate based on the size of the crane. If any assistance is required, it shall be an Employee covered by this Agreement.

†   An Assistant to Engineer is required on one day jobs. An Assistant to Engineer is not required on all other jobs but any assistance that is needed will be done by an Employee covered by the Master Agreement. All "Rigging In" and all "Rigging Out" will be done by Employees.

*SPECIAL SINGLE SHIFT AND
SECOND SHIFT WAGE RATES*

**GROUP 1**
     7/01/02  7/01/03  7/01/04  7/01/05
     $40.11   $40.36   $1.50*   $1.45*

*5183\*\* Truck Crane Oiler*
     $32.04   $32.29   $1.50*   $1.45*

*5173\*\* Oiler*
     $29.58   $29.83   1.50*    1.45*

**GROUP 2**
     7/01/02  7/01/03  7/01/04  7/01/05

    $38.12 $38.37  $1.50*  $1.45*

*5183\*\* Truck Crane Oiler*
    $31.80 $32.05  $1.50*  $1.45*

*5173\*\* Oiler*
    $29.33 $29.58  $1.50*  $1.45*

**GROUP 3**
    7/01/02 7/01/03 7/01/04 7/01/05
    $36.86 $37.11  $1.50*  $1.45*

*5183\*\* Truck Crane Oiler*
    $31.51 $31.76  $1.50*  $1.45*

*5183\*\* Hydraulic*
    $31.09 $31.34  $1.50*  $1.45*

*5173\*\* Oiler*
    $29.04 $29.29  $1.50*  $1.45*

**GROUP 4**
    7/01/02 7/01/03 7/01/04 7/01/05
    $34.28 $34.53  $1.50*  $1.45*

**GROUP 5**
    7/01/02 7/01/03 7/01/04 7/01/05
    $32.86 $33.11  $1.50*  $1.45*

*The Union may allocate the increases to wages and/or fringe benefits.

**FOREMAN**

Foreman (other than General Foreman), Shifters, Heavy Duty Repairman Foreman and Master Mechanics (Heavy Duty)
    7/01/02 7/01/03 7/01/04 7/01/05
    $38.94 $39.19  $1.50*  $1.45*

*The Union may allocate the increases to wages and/or fringe benefits.

*01.02.01*   All operators of telescoping boom hydraulic truck cranes over 45 tons which have been derated to 45 tons and under will be paid the Group 2 wage rate effective 7/1/92.

*01.03.00*   Employees covered by this Agreement who work in classifications not set forth above shall receive the wage for the appropriate classification in the current Master Construction Agreement for Northern California, and/or any existing agreement between Associated General Contractors of California, Inc., and Operating Engineers Local Union No. 3 of the International Union of Operating Engineers, AFL-CIO.

*01.04.00*   Employees who have been employed by Individual Employers signatory to this Agreement or signatory to an agreement with the Union covering truck crane rental operations for an aggregate of six thousand (6,000) hours over a period of five (5) years in the truck crane rental industry within the Union's jurisdiction as set forth in Section 02.06.00 may be employed in accordance with 04.01.00 by an Individual Employer.

*01.05.00*   *Boom Length.* The length of the boom shall be measured from the center of the heel pin to the center of the boom or jib point sheave.

*01.05.01*   When an Oiler or Assistant to Engineer is required; the Employer may substitute an Operator in cases of emergency.

*01.06.00    Additional Work or Classifications.*

*01.06.01    New Equipment.* This Agreement contemplates that as and when equipment and other means and methods of operating equipment not presently in use in the area covered by this Agreement is or are about to be introduced on a jobsite, the Employer and the Union shall upon written request by either party meet within ten (10) working days to negotiate an appropriate rate, classification and working rule for the equipment's operation and for the other means or methods of operating equipment not presently in use.

*01.06.02    Committee.* Such rate, classification and working rule shall be established at a job conference ten (10) days prior to the time the equipment or means or methods of operating equipment not presently in use are introduced on a jobsite, and if it is not settled at such a conference, the matter may be referred to a standing committee consisting of three (3) representatives each of the Union and the Employer established by the Union and the Employer to conduct such negotiations.

*01.06.03*    Such Committee will meet within ten (10) days after written request of the Individual Employer intending to operate such equipment or use such means or methods of operating equipment not presently in use accompanied by photograph and pertinent catalog or other data on the equipment or means or methods of operating equipment not presently in use and agree to a straight-time hourly wage rate for each classification required and working rule within fifteen (15) days from the date of notice unless the parties mutually agree to extend the time, which rate and classification and working rule shall be added to and become a part of Section 01.00.00, as of the date of the initial introduction of the equipment or such means or methods of operating equipment not presently in use on a jobsite.

*01.06.04*    Until such rate or rates, classification or classifications and working rule are established, the Individual Employer may operate the equipment or use such means or methods of operating equipment not presently in use at a temporary rate or rates, classification or classifications and working rule for thirty (30) calendar days only from the initial introduction of the equipment or means or methods of operating equipment not presently in use on a jobsite, provided that such thirty (30) calendar-day period may be extended by mutual agreement of the Committee provided in 01.06.02. The permanent rate, classification and working rule, when established, will be paid retroactively to the date of the initial introduction of the equipment or means or methods of operating equipment not presently in use on a jobsite.

*01.07.00    Market/Geographic Area Committee.* The parties to this Agreement recognize the necessity of assuring the competitive position of the parties within the industry during the term of this Agreement. Consistent with that recognition, the parties will continually monitor the effectiveness of this Agreement relative to specific geographic or market areas and will endeavor, by mutual agreement, to initiate such modifications to the Agreement during its term as may be necessary to assure the work opportunities of the Employees and the competitive position of the Individual Employer; provided, however, any such geographic or market area modification, addendum or agreement which modifies this Master Construction Agreement, in part or in whole, shall be subject to the ratification and approval of the affected membership in the geographic or in the market area to which the agreement would apply. Failure by the membership to ratify any such agreement and/or modification shall nullify it, and said tentative agreement shall be referred back to the respective negotiating committees of the Union and the Employer for any further consideration deemed necessary. It is further agreed that the Employer and/or any affected Individual Employer shall be precluded from unilaterally implementing any said agreement(s), modification(s) or addenda.

*01.07.01*    There shall be created a Geographic Market Area Committee comprised of three (3) Rank and File Members, three (3) Union Representatives and three (3) Individual Employers in each of the following Districts: District 01 (San Francisco), District 10 (Santa Rosa), District 20 (Oakland), District 30 (Stockton), District 80 (Sacramento) and District 90 (San Jose). Rank and File Members shall be elected by the membership in the geographic area in which the Committee has jurisdiction. The purpose of the Committee shall be to consider requests from Individual Employers for any change in a respective Market Area which would enhance their competitive position. The Geographic Market Area Committee shall have authority to reject or accept any such requests. The Committees shall review requests for changes in any of the terms and conditions of the Master

Agreement which cover an area limited to particular private, market or geographic areas and believed necessary to preserve and protect work opportunities for affected Employees and Individual Employers covered by the Agreement. The Committee, upon an affirmative unit vote, is authorized to approve such changes (including the monetary size of the project to which they may apply) as it determines to be in the best interest of the affected Employees and the parties to this Agreement and may modify the Agreement accordingly; provided, however, if in any particular market area, a determination is made by the Committee that a market area has been substantially lost or rapidly being lost to non-union employers, an addendum, not to exceed $1,000,000 (unless the Committee agrees otherwise) shall be placed in effect covering that market which shall apply for the duration of the Agreement; it is further provided that in the month of January of each contract year, the Committee shall meet and review each market addendum, and if the Individual Employers have recovered sixty percent (60%) or more of the market, the Committee shall determine if the applicable addendum shall continue to apply, be terminated or otherwise modified. Provided further, any job or project covered by an addendum shall remain covered until job/project completion.

*01.07.02*   The Union agrees that in the event any project agreements are being entered into or being negotiated by the Union or through Market Area Committees, established under the Master Construction Agreement, the Employer shall be notified of such a project agreement(s) or negotiations.

*02.00.00*   **GENERAL PROVISIONS — DEFINITIONS**

*02.01.00*   *Employer.* The term "Employer" as used herein shall mean the Crane Owners Association, Inc.

*02.02.00*   *Individual Employer.* The term "Individual Employer" as used herein shall mean any person or entity who is now a member of Employer, or any person or entity who or which becomes a member of Employer, or a member of an association of employers or a person or entity signatory hereto. It is agreed that the Individual Employer will not make, enter into or carry out any plan, subterfuge, or device including any franchise or license arrangement to circumvent the intent of this 02.02.00, and/or all other provisions of this Agreement.

*02.02.01*   *Additional Individual Employer.* Provided that a person or entity is not then engaged in a currently existing labor dispute with the Union arising out of a failure to comply with the wages, hours, rates of pay or other conditions of employment required by the Union in the territorial jurisdiction of the Union where the dispute exists, such person or entity may become an Individual Employer covered by this Agreement upon becoming a member of the Employer.

*02.02.02*   The Employer shall be the sole judge of the qualifications for membership of any person or entity applying for membership therein.

*02.03.00*   *Union.* The term "Union" as used herein shall mean OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO.

*02.04.00*   *Employee.* The term "Employee" as used herein shall mean any person, without regard to race, color, religion, age, sex, handicap, or national origin and shall include those persons covered by the Vietnam Era Veterans Readjustment Assistance Act of 1972:

(a) whose work for an Individual Employer in the area covered by this Agreement falls within the recognized jurisdiction of the Union, or

(b) who operates, monitors and controls, maintains, repairs, modifies assembles, erects, services or each or all of them, power-operated equipment, of the type or kind of power-operated equipment used in the performance of work referred to in (a) above, regardless of whether such power-operated equipment is mechanically, electrically or electronically, hydraulically, automatically or remotely controlled, and

(c) who assists or helps in the operation, maintenance, repairing or assembling, erecting or servicing of such power-operated equipment of the type or kind of equipment used in the performance of work referred to in (a) above, and who qualifies to register in a Job Placement Center, provided that the foregoing shall not apply to superintendents, assistant superintendents, general foremen, foremen, timekeepers, messenger boys, guards, confidential employees, office help, inspectors, and persons specifically excluded elsewhere in this

Agreement and such persons excluded above shall not be allowed to operate equipment or use the tools of the trade.

*02.05.00*  *Unit Work.* This Agreement shall cover and apply to all activities of the Individual Employer in the area covered by this Agreement falling within the recognized jurisdiction of the Union, including, but not limited by inference or otherwise, to building construction, demolition, site clearing (excluding the falling and removal of merchantable timber by the purchaser of the merchantable timber), pipelines, and oil or gas refineries. It shall also apply to all maintenance, modification and repair work and facilities, on-site or off-site, of an Individual Employer in the area covered by this Agreement, except an off-site repair or maintenance facility with respect to which the Individual Employer is in a bona fide collective bargaining relationship with a labor organization covering such Individual Employer's off-site maintenance and repair facility at the time the Individual Employer becomes a party to, or covered by, this Agreement. This Agreement shall also apply to the operation, modification, maintenance, and repair of equipment covered by this Agreement (including the additions under provision for Additional Work or Classifications, Section 01.06.00) established for the production of borrow, rip-rap, rock, sand, gravel, aggregates of all kinds, concrete (excluding cement), asphalt or macadam or other road-surfacing materials (excluding oil) by an Individual Employer or his subcontractor which is to be incorporated into a specific job(s) or project(s) of the Individual Employer so long as such material is actually being produced or delivered to such job or project; such work will be considered on-site.

*02.05.01*  This Agreement shall cover and apply to all Employees.

*02.06.00*  *Coverage.* This Agreement shall cover and apply to Northern California, which term means that portion of the State of California above the northerly boundary of Kern County, the northerly boundary of San Luis Obispo County, and the westerly boundaries of Inyo and Mono Counties, and also to Northern Nevada (that territory as defined in the current Master Construction Agreement for Northern Nevada, the State of Utah and the State of Hawaii). Any Addendum attached hereto shall define the areas of its coverage.

*02.07.00*  *Bargaining Representatives.* Union's Recognition of Collective Bargaining Representative Status of Employer.

*02.07.01*  The Union hereby recognizes and acknowledges that Employer is the collective bargaining representative of the Individual Employers listed on Appendix A.

*02.07.02*  This Agreement shall bind each and every Individual Employer who has authorized the Employer to represent it with the same force and effect as if the Agreement were entered into by each such Individual Employer. Each such Individual Employer shall be and continue to remain bound to this Agreement for and during the term of this Agreement irrespective of whether such Individual Employer shall withdraw its authorization, resign, or be expelled from the Employer prior to the expiration date of this Agreement. However, any Individual Employer who is no longer a member of the Employer shall not be represented by the Employer and shall not be covered by the provisions of Section 14.00.00 (Settlement of Disputes).

*02.07.03*  Each Employer and each Individual Employer covered hereby recognizes and acknowledges OPERATING ENGINEERS LOCAL UNION NO. 3 of the International Union of Operating Engineers, AFL-CIO, as the exclusive collective bargaining representative of all Employees covered by this Agreement.

*02.08.00*  The wage rates, working conditions, and hours of employment and other conditions of employment herein provided have been negotiated by the Union with the Employer. The Union agrees that in the event that during the life of this Agreement it should make any agreement with any employer with respect to on-site work covered by this Agreement, then, and in that event, an Individual Employer engaging in on-site work of the same type as that covered by such agreement shall be entitled to become a party to a copy of such agreement.

*02.09.00*  It is hereby understood and agreed that no settlement of any dispute as to the interpretation of this Agreement or the interpretation of any word, phrase, clause, sentence, paragraph or section thereof other than as may be determined through Section 14.00.00, Settlement of Disputes, shall be of any force or effect unless and until it is (a) reduced to writing, (b) signed by the Business Manager of the Union, and (c) the Secretary of the Employer representing the Individual Employer.

*03.00.00  ADMINISTRATIVE PROVISIONS*

*03.01.00  Records and Requests.*  Each Individual Employer shall provide a proper means for registering time, working time and quitting time of its Employees and owner-operators. In the event of a specific dispute regarding time, wages or fringe benefit payments of its Employees, or over any matter pertaining to an owner-operator, upon written request by the Union, delivered to the Employer and the Individual Employer, the Individual Employer's records relating to said dispute regarding time, wages and fringe benefit payments of its Employees, regardless of classification, or a dispute regarding owner-operators, and the Individual Employer's records relating to said dispute shall promptly be accessible to a Business Representative, auditor or other official of the Union during working hours.

*03.01.01*  In the event the Employer disputes the relevance of the records regarding a specific dispute referred to in 03.01.00 above, said dispute shall be subject to the provisions of Section 14.00.00.

*03.01.02*  In the event an Individual Employer fails or refuses to confirm an audit appointment within fourteen (14) days following demand or fails or refuses to submit to an audit within thirty (30) days upon demand, the Union shall not be bound by the provisions of Section 14.00.00 and shall be free to withdraw any or all of the Employees of such Individual Employer and such withdrawal shall not be a violation of this Agreement. Provided, however, the Union shall not withdraw Employees for forty-eight (48) hours after written notification to the Employer of the failure to confirm an audit appointment or the failure to submit to an audit whichever the case shall be, and the Individual Employer shall bear the expenses incurred by the auditor for such forty-eight (48) hour delay.

*03.01.03*  Upon request of the Union, a Pre-Job Conference shall be held. The location shall be at the option of the Employer or Individual Employer. In the event a Pre-Job Conference is not held within two (2) weeks after a written request to the Individual Employer from the Union, Section 14.03.00 shall not be in effect until such Pre-Job Conference is held.

*03.02.00  Employee Termination.*  The Individual Employer shall notify the Job Placement Center on a form supplied by the Job Placement Center of the names of all Employees who have quit or who have been terminated during the week. (Termination shall mean severance of employment and not temporary layoff.) Such form is to be mailed to the Job Placement Center servicing the job or project not later than Monday of the week following the week of such severance of employment. The Union shall notify the Employer in writing each time any Individual Employer fails to make such report. Any Individual Employer failing to make such report three (3) times in one (1) calendar year shall for such failure to report pay one hundred dollars ($100.00) into the Pension Trust Fund for Operating Engineers and one hundred dollars ($100.00) for each additional failure. In the event an Employee is terminated, the Individual Employer shall indicate on the discharge slip the reasons for discharge; i.e., reduction in force, not qualified, termination of job, etc.

*03.03.00  Conflicting Contracts.*  Any oral or written agreements between any Employer, any signatory Association, or any Individual Employer and an Employee which conflicts or is inconsistent with this Agreement or any supplemental Agreement hereto, or which disestablishes, or tends to disestablish the relationship of Employer, Individual Employer, and Employee, or which reestablishes an employment relationship other than that of Employee, shall forthwith terminate.

*03.03.01*  No oral or written agreement which conflicts or is inconsistent with this Agreement, or any supplemental Agreements hereto, shall hereafter be entered into by an Individual Employer.

*03.03.02*  No Employee shall be asked to sign any form relating to his medical history unless required by law or Governmental regulation. This Section shall continue to be applicable until such time as the parties to this Agreement mutually develop and agree to implement an acceptable program.

*03.04.00  General Savings Clause.*  It is not the intent of either party hereto to violate any laws, rulings, or regulations of any Governmental authority or agency having jurisdiction of the subject matter of this Agreement. The parties hereto agree that in the event that any provisions of this Agreement are finally held or determined to be illegal or void as being in contravention of any such laws, rulings, or regulations, nevertheless the remainder of the Agreement shall remain in full force and effect, unless the parts so found to be void are wholly inseparable from the

remaining portion of this Agreement. The parties agree that if and when any provisions of this Agreement are finally held or determined to be illegal or void, they will then promptly enter into lawful negotiations concerning the substance thereof.

*03.05.00*   *Favorable Legislation.* In the event legislation covering hours of labor, overtime or other conditions of employment applicable to any work covered by this Agreement is enacted, then and in that event, effective on the effective date of such legislation, such more favorable provisions shall be added to this Agreement and this Agreement modified to conform therewith, applicable to all work covered by this Agreement bid or let on or after the date such provision is added to this Agreement.

*03.06.00*   *Liability of the Parties.* It is mutually understood that neither the Employer, any Individual Employer, nor the Union shall be liable for damages caused by the acts or conduct of any individual or groups of individuals who are acting or conducting themselves in violation of the terms of this Agreement without authority of the respective party, provided that such action or conduct has not been specifically authorized, participated in, fomented or condoned by the Employer, the Individual Employer or the Union, as the case may be.

*03.06.01*   In the event of any unauthorized violation of the terms of this Agreement, responsible and authorized representatives of the Union, the Employer, or the Individual Employer, as the case may be, shall promptly take such affirmative action as is within their power to correct and terminate such violation for the purpose of bringing such unauthorized persons into compliance with the terms of this Agreement. Such individuals acting or conducting themselves in violation of the terms of this Agreement shall be subject to discipline, up to and including discharge.

*03.06.02*   In the event the Union, the Employer, or the Individual Employer, or either of them, as the case may be, after notice of such violation, does not promptly take such affirmative action as is within its power to correct and to terminate such violation, then 03.06.00 shall be of no force and effect.

*03.06.03*   *Federal Emergency Energy Conservation Plan.* In the event that a compressed workweek measure under the Federal Emergency Energy Conservation Plan or under any other Federal successor plan is adopted during the term of the Agreement which requires a deviation in terms of starting time or length of the regular shift, the parties agree to negotiate a modification of this Agreement.

*04.00.00*   **EMPLOYMENT**

*04.01.00*   *Hiring.* All hiring shall be subject to and in accordance with the Job Placement Regulations of this Union, and any amendments thereto applicable to this Agreement (except where such regulations are superseded by the provisions of the Second Amended Consent Decree in Civil Case No. C-71-1277 MHP) and, with the exception that upon written request of any Individual Employer, a named Class A Employee who has been employed by any Individual Employer within the immediately preceding six (6) months or an Employee qualified under Section 01.04.00 shall be dispatched by the Job Placement Center servicing the job or project.

*04.01.01*   An Employee who has quit his last Employer may not be requested by name as provided in 04.01.00 within less than ten (10) workdays after he has registered for employment. This does not preclude his last Employer from recalling said Employee during that period. This does not include an Employee who quits while on temporary lay off.

*04.01.02*   Regardless of any provisions set forth in this Agreement or the Job Placement Regulations to the contrary, an Assistant to Engineer upon request of the Employer may be promoted to Journeyman status. Prior to being dispatched and employed as a Journeyman, such Employee shall be requested by the Individual Employer in writing.

*04.01.03*   It shall be the responsibility of the Individual Employer, when ordering Employees or applicants, to give the Union all the pertinent information regarding each Employee's or applicant's employment, which shall include the classification of work and classification number when available under which the Employee or applicant for employment will be dispatched. Any applicant for employment so dispatched who does not possess the qualifications to perform the work for which he is dispatched shall not be eligible for show-up pay.