UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICE, APPRENTICE, AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PAY PLAN; OPERATING ENGINEERS ANNUITY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND FOR NORTHERN CALIFORNIA; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; OPERATING ENGINEERS JOB PLACEMENT CENTER AND MARKET AREA COMMITTEE ADMINISTRATION FUND; AND OPERATING ENGINEERS CRANE INDUSTRY LABOR/MANAGEMENT COOPERATIVE TRUST FUND,<br><br>        Plaintiffs,<br>  vs. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NO.: C 07 5323 MEJ |

PRECISION CRANE SERVICES, INC.,
        Defendant and Third Party Plaintiff
  Vs.

WESTERN CONFERENCE OF TEAMSTERS
PENSION TRUST FUND
and NORTH COAST TRUST FUND
    Third Party Defendants
              /

To: Third Party Defendants

  Western Conference of Teamsters Pension Trust Fund c/o _____
  Address:

  North Coast Trust Fund c/o _____
  Address:

---

1

THIRD PARTY IMPLEADOR COMPLAINT

  YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon THIRD PARTY PLAINTIFF'S ATTORNEY

  Diane Aqui (SBN 217087)
  JORDAN & AQUI
  1612 Fourth Street
  Santa Rosa, CA 95404-4020

an answer to the Third Party Complaint, which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Third Party Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____     DATE_____
By_____, Deputy Clerk