United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PRECISION CRANE SERVICES, INC. <br> Defendant and Third Party Plaintiff <br><br> WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND and NORTH COAST TRUST FUND <br> Third Party Defendants. <br> _____/ | Case No. C-07-5323 MEJ <br><br> ORDER VACATING JANUARY 24, 2008 CASE MANAGEMENT CONFERENCE |

The Court notes that in the Joint Case Management Statement, filed January 17, 2008, Plaintiffs stated that they decline to consent to a magistrate judges' jurisdiction. Therefore the case management conference originally set for January 24, 2008, before Magistrate Judge Maria-Elena James is hereby vacated. The case will be reassigned to a District Court Judge.

1 **IT IS SO ORDERED.**

3 Dated: January 23, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge