IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>PRECISION CRANE SERVICES, INC.<br>Defendant and Third Party Plaintiff<br><br>WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND and NORTH COAST TRUST FUND<br>    Third Party Defendants. | Case No. C-07-5323 MEJ<br><br>ORDER VACATING JANUARY 24, 2008 CASE MANAGEMENT CONFERENCE |

The Court notes that in the Joint Case Management Statement, filed January 17, 2008, Plaintiffs stated that they decline to consent to a magistrate judges' jurisdiction. Therefore the case management conference originally set for January 24, 2008, before Magistrate Judge Maria-Elena James is hereby vacated. The case will be reassigned to a District Court Judge.

**IT IS SO ORDERED.**

Dated: January 23, 2008

MARIA-ELENA JAMES
United States Magistrate Judge