1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL – STATE BAR #50246
   220 Montgomery Street, Suite 303
3  San Francisco, California 94104
   Telephone: (415) 392-5431
4
   Attorneys for Third Party Defendant,
5  Western Conference of Teamsters
   Pension Trust Fund
6

7
                      UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9

10

11 TRUSTEES OF THE OPERATING ENGINEERS  )   NO. C 07 5323 CRB
   HEALTH AND WELFARE TRUST FUND,       )
   et al.,                              )
12                                      )
                                        )
13         Plaintiffs,                  )   STIPULATION FOR A
                                        )   THIRTY DAY EXTENSION OF
14     vs.                              )   TIME TO PLEAD
                                        )
15 PRECISION CRANE SERVICES, INC.,      )
                                        )
16         Defendant and Third          )
           Party Plaintiff,             )
17                                      )
       vs.                              )
18                                      )
   WESTERN CONFERENCE OF TEAMSTERS      )
19 PENSION TRUST FUND, et al.,          )
                                        )
20         Third Party Defendants.      )
   _____)

21

22     Third Party Defendant Western Conference of Teamsters Pension

23 Trust Fund was served with the Third Party Interpleader Complaint on

24 January 25, 2008. A responsive pleading would be due on February 14,

25 2008.

26 ////

27 ////

28 ////

              STIPULATION FOR A THIRTY DAY EXTENSION OF TIME TO PLEAD
                                     1

IT IS HEREBY STIPULATED that Third Party Defendant shall have until March 14, 2008 within which to file a responsive pleading.

Dated: February 5, 2008     JORDAN & AQUI

By: _____
    Diane Aqui
    Attorney for Defendant and
    Third Party Plaintiff

Dated: February 5, 2008     ERSKINE & TULLEY
                            A PROFESSIONAL CORPORATION

By: _____
    Michael J. Carroll
    Attorneys for Third Party
    Defendant, Western Conference
    of Teamsters Pension Trust Fund

STIPULATION FOR A THIRTY DAY EXTENSION OF TIME TO PLEAD
2

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On February 5, 2008, I served the STIPULATION FOR A THIRTY DAY EXTENSION OF TIME TO PLEAD on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Michael David Nelson, Esq.
Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, CA 94111

Diane Aqui
Jordan & Aqui
1612 Fourth Street
Santa Rosa, CA 95404-4020

Honorable Charles R. Breyer
United States District Court
Courtroom 8. 19th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

I, DIANE ANDRADE, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2008 at San Francisco, California.

_____
DIANE ANDRADE