**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

TRUSTEES OF THE OPERATING )
ENGINEERS HEALTH AND )
WELFARE TRUST FUND, et al. )
) CASE NO. C-07-5711 MEJ
Plaintiff (s) )
v. ) **NOTICE OF IMPENDING**
) **REASSIGNMENT TO A**
) **UNITED STATES**
PRECISION CRANE SERVICES, INC.. )
) **DISTRICT COURT JUDGE**
)
Defendant (s) )
)

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__ (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____ (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

    All previous hearing dates are hereby **VACATED.**

Dated: February 8, 2008

                                                      Maria Elena James
                                                      United States Magistrate Judge

                                                      By: Brenda Tolbert, Deputy Clerk