1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL - STATE BAR #50246
   220 Montgomery Street, Suite 303
3  San Francisco, California 94104
   Telephone:  (415) 392-5431
4
   Attorneys for Third Party Defendant,
5  Western Conference of Teamsters
   Pension Trust Fund
6

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10
   TRUSTEES OF THE OPERATING ENGINEERS  )      NO. C 07 5323 CRB
11 HEALTH AND WELFARE TRUST FUND,        )
   et al.,                              )
12                                       )
                   Plaintiffs,           )      STIPULATION FOR A
13                                       )      THIRTY DAY EXTENSION OF
                   vs.                   )      TIME TO PLEAD
14                                       )
   PRECISION CRANE SERVICES, INC.,       )
15                                       )
                   Defendant and Third   )
16                 Party Plaintiff,      )
                                         )
17                 vs.                   )
                                         )
18 WESTERN CONFERENCE OF TEAMSTERS       )
   PENSION TRUST FUND, et al.,           )
19                                       )
                   Third Party Defendants. )
20  _____)

21

22      Third Party Defendant Western Conference of Teamsters Pension

23 Trust Fund was served with the Third Party Interpleader Complaint on

24 January 25, 2008.  A responsive pleading would be due on February 14,

25 2008.

26 ////

27 ////

28 ////

          STIPULATION FOR A THIRTY DAY EXTENSION OF TIME TO PLEAD
                                  1

1      **IT IS HEREBY STIPULATED** that Third Party Defendant shall

2  have until March 14, 2008 within which to file a responsive pleading.

3  Dated: February ⟋, 2008      JORDAN & AQUI

4                          By: _____

5                            Diane Aqui
                            Attorney for Defendant and

6                            Third Party Plaintiff

7  Dated: February ⟋, 2008      ERSKINE & TULLEY
                            A PROFESSIONAL CORPORATION

8

9                            By: _____
                            Michael J. Carroll

10                         Attorneys for Third Party
                         Defendant, Western Conference

11                         of Teamsters Pension Trust Fund

12

13

14                         February 11, 2008

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE BY MAIL

1

2  I am a citizen of the United States and employed in the City and

3  County of San Francisco, California.  I am over the age of eighteen

4  years and not a party to the within above entitled action; my

5  business address is 220 Montgomery Street, Suite 303, San

6  Francisco, CA 94104.  On February 5, 2008,  I served the

7  STIPULATION FOR A THIRTY DAY EXTENSION OF TIME TO PLEAD on the

8  parties in said action, by placing a true copy thereof enclosed in

9  a sealed envelope with postage thereon fully prepaid, in the United

10  States post office mail box at San Francisco, California, addressed

11  as follows:

12  Michael David Nelson, Esq.
    Nevin & Absalom
13  22 Battery Street, Suite 333
    San Francisco, CA 94111

14
    Diane Aqui
15  Jordan & Aqui
    1612 Fourth Street
16  Santa Rosa, CA 95404-4020

17  Honorable Charles R. Breyer
    United States District Court
18  Courtroom 8. 19th Floor
    450 Golden Gate Avenue
19  San Francisco, CA  94102

20  I, DIANE ANDRADE, certify (or declare), under penalty of perjury

21  that the foregoing is true and correct.

22  Executed on February 5, 2008 at San Francisco, California.

23

24  _____
                DIANE ANDRADE

25

26

27

28