RICHARD K. GROSBOLL, State Bar No. 99729
SCOTT M. DE NARDO, State Bar No. 216749
BENJAMIN K. LUNCH, State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: rgrosboll@neyhartlaw.com
       blunch@neyhartlaw.com

Attorneys for Third Party Defendant
NORTH COAST TRUST FUND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND; et al., <br><br> Plaintiffs, <br><br> v. <br><br> PRECISION CRANE SERVICES, INC., <br><br> Defendant and Third Party Plaintiff, <br><br> v. <br><br> WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND; and NORTH COAST TRUST FUND, <br><br> Third Party Defendants. | Case No.  C-07-5323 CRB <br><br> **SUBSTITUTION OF ATTORNEY** <br><br> Judge: Hon. Charles Breyer |

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

-1-

SUBSTITUTION OF ATTORNEY
Case No. C-07-5323 CRB
H:\WP_WINDOWS\PLEADINGS BANK\Substitution Of Attorney\Substitution Of Atty 62000.800.Doc

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, please take
2  notice that Third Party Defendant NORTH COAST TRUST FUND hereby makes the following
3  substitution of attorneys:

4  Former Attorneys:
5  Teague P. Paterson (State Bar No. 226659)
   BEESON, TAYER & BODINE
6  1404 Franklin Street, Fifth Floor
   Oakland, CA 94612-3208
7
8  should be removed and, consequently, should no longer receive notice of e-Filings.

9  Plaintiff's new co-counsel of record will be:

10 Richard K. Grosboll (State Bar No. 99729)
11 Benjamin K. Lunch (State Bar No. 246015)
   NEYHART, ANDERSON, FLYNN & GROSBOLL
12 44 Montgomery St, Suite 2080
   San Francisco, California 94104
13 Telephone: 415-677-9440
   Facsimile: 415-677-9445
14 Email: rgrosboll@neyhartlaw.com
15        blunch@neyhartlaw.com

16
17 The following attorneys consent to this substitution:
18 Dated: 2/14/08

   BEESON TAYER & BODINE
19
20 By: _____
        TEAGUE P. PATERSON
21
22 Dated: 2/15/08

   Former Attorneys for NORTH COAST TRUST FUND
23
   NEYHART, ANDERSON,
24 FLYNN & GROSBOLL

25 By: _____
        RICHARD K. GROSBOLL
26
27 New Attorneys for NORTH COAST TRUST FUND
28

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

-2-

SUBSTITUTION OF ATTORNEY
Case No. C-07-5323 CRB
H:\WP_WINDOWS\PLEADINGS BANK\Substitution Of Attorney\Substitution Of Atty 62000.800.Doc

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On February 15, 2008, I served the within:

**SUBSTITUTION OF ATTORNEY**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

Michael David Nelson
Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, CA 94111

Diane Aqui
Jordan, Aqui & Tynan
1612 Fourth Street
Santa Rosa, CA 95404-4020

Michael Joseph Carroll
Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA 94104

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 15, 2008, at San Francisco, California.

_____
Tonie Bouyer

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-3-

SUBSTITUTION OF ATTORNEY
Case No. C-07-5323 CRB
H:\WP_WINDOWS\PLEADINGS BANK\Substitution Of Attorney\Substitution Of Atty 62000.800.Doc