RICHARD K. GROSBOLL, S.B. #99729
BENJAMIN K. LUNCH, S.B. #246015
**NEYHART, ANDERSON, FLYNN & GROSBOLL**
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone:   415-677-9440
Facsimile:   415-677-9445
Email:       rgrosboll@neyhartlaw.com
             blunch@neyhartlaw.com

Attorneys for Third Party Defendant
NORTH COAST TRUST FUND

MARK D. JORDAN, S.B. #66353
DIANE AQUI, S.B. #217087
**JORDAN & AQUI**
1612 Fourth Street
Santa Rosa, CA 95404-4020
Telephone:   707-526-3700
Facsimile:   707-526-1716

Attorneys for Defendant and Third Party Plaintiff
PRECISION CRANE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICE, APPRENTICE, AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PAY PLAN; OPERATING ENGINEERS ANNUITY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND FOR NORTHERN CALIFORNIA; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; OPERATING ENGINEERS JOB PLACEMENT CENTER AND MARKET AREA COMMITTEE ADMINISTRATION FUND; AND OPERATING ENGINEERS CRANE INDUSTRY LABOR/MANAGEMENT COOPERATIVE TRUST FUND<br>Plaintiffs, | Case No.: C-07-5323 CRB<br><br>STIPULATION TO EXTEND THIRD PARTY DEFENDANT'S DEADLINE TO RESPOND TO THIRD PARTY PLAINTIFF'S COMPLAINT [L.R. 6-1(a)] |

v.

PRECISION CRANE SERVICES, INC.;

    Defendant and
    Third Party Plaintiff

v.

WESTERN CONFERENCE OF TEAMSTERS
PENSION TRUST FUND and NORTH COAST
TRUST FUND,

    Third Party Defendants.

Pursuant to Local Rule 6-1(a), the parties hereby stipulate to a 30-day extension of the deadline for Third Party Defendant, NORTH COAST TRUST FUND, to respond to Third Party Plaintiff's Complaint and respectfully show the Court as follows:

1. Under the present deadline Third Party Defendant, NORTH COAST TRUST FUND, must respond to Third Party Plaintiff's Complaint by Friday, February 15, 2008. No prior extension of time to respond to the Third Party Complaint has been agreed to or sought.

2. The parties request that Third Party Defendant's deadline to respond to Third Party Plaintiff's Complaint be extended until and including Friday, March 14, 2008.

3. The requested extension will not affect any other deadlines in this lawsuit.

DATE: February 15, 2008.

_____
Richard K. Grosboll, S.B. #99729
**NEYHART, ANDERSON, FLYNN & GROSBOLL**

_____
Diane Aqui, Esq., S.B. #217087
**JORDAN & AQUI**

H:\WP_WINDOWS\PLEADINGS BANK\Stip to Extend Deadline to Respond to Complaint.doc