RICHARD K. GROSBOLL, State Bar No. 99729
SCOTT M. DE NARDO, State Bar No. 216749
BENJAMIN K. LUNCH, State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: rgrosboll@neyhartlaw.com
            blunch@neyhartlaw.com

Attorneys for Third Party Defendant
NORTH COAST TRUST FUND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND; et al., <br><br> Plaintiffs, <br><br> v. <br><br> PRECISION CRANE SERVICES, INC., <br><br> Defendant and Third Party Plaintiff, <br><br> v. <br><br> WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND; and NORTH COAST TRUST FUND, <br><br> Third Party Defendants. | Case No.   C-07-5323 CRB <br><br> **[proposed] ORDER EXTENDING THIRD PARTY DEFENDANT NORTH COAST TRUST FUND'S TIME TO RESPOND TO THIRD PARTY PLAINTIFF'S COMPLAINT** <br><br> Judge:  Hon. Charles Breyer |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

1  [PROPOSED] ORDER:

2         In light of the stipulation of the parties and good cause having been shown, the Court

3  orders that the time for Third Party Defendant NORTH COAST TRUST FUND to respond to

4  Third Party Plaintiff's Complaint be extended until and including March 14, 2008.

5

6  IT IS SO ORDERED.

7

8  Dated: _____     _____

DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-2-

**[proposed] ORDER RE: TIME TO RESPOND TO COMPLAINT**
**Case No. C-07-5323 CRB**
H:\WP_WINDOWS\PLEADINGS BANK\Proposed Orders\[Proposed] Order Extend Time Respond 62000.800.Doc