RICHARD K. GROSBOLL, State Bar No. 99729
SCOTT M. DE NARDO, State Bar No. 216749
BENJAMIN K. LUNCH, State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: rgrosboll@neyhartlaw.com
blunch@neyhartlaw.com

Attorneys for Third Party Defendant
NORTH COAST TRUST FUND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION CRANE SERVICES, INC.,<br><br>Defendant and Third Party Plaintiff,<br><br>v.<br><br>WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND; and NORTH COAST TRUST FUND,<br><br>Third Party Defendants. | Case No. C-07-5323 CRB<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>Judge: Hon. Charles Breyer |

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

-1-

SUBSTITUTION OF ATTORNEY
Case No. C-07-5323 CRB
H:\WP_WINDOWS\PLEADINGS BANK\Substitution Of Attorney\Substitution Of Atty 62000.800.Doc

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, please take notice that Third Party Defendant NORTH COAST TRUST FUND hereby makes the following substitution of attorneys:

<u>Former Attorneys</u>:
Teague P. Paterson (State Bar No. 226659)
BEESON, TAYER & BODINE
1404 Franklin Street, Fifth Floor
Oakland, CA 94612-3208

should be removed and, consequently, should no longer receive notice of e-Filings.

Plaintiff's new co-counsel of record will be:

Richard K. Grosboll (State Bar No. 99729)
Benjamin K. Lunch (State Bar No. 246015)
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery St, Suite 2080
San Francisco, California 94104
Telephone: 415-677-9440
Facsimile: 415-677-9445
Email: rgrosboll@neyhartlaw.com
       blunch@neyhartlaw.com

February 20, 2008

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

The following attorneys consent to this substitution.

Dated: 2/14/08

BEESON TAYER & BODINE

By: _____
TEAGUE P. PATERSON

Former Attorneys for NORTH COAST TRUST FUND

Dated: 2/15/08

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
RICHARD K. GROSBOLL

New Attorneys for NORTH COAST TRUST FUND

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

SUBSTITUTION OF ATTORNEY
Case No. C-07-5323 CRB
H:\WP_WINDOWS\PLEADINGS BANK\Substitution Of Attorney\Substitution Of Atty 62000.800.Doc