RICHARD K. GROSBOLL, State Bar No. 99729
SCOTT M. DE NARDO, State Bar No. 216749
BENJAMIN K. LUNCH, State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: rgrosboll@neyhartlaw.com
blunch@neyhartlaw.com

Attorneys for Third Party Defendant
NORTH COAST TRUST FUND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION CRANE SERVICES, INC.,<br><br>Defendant and Third Party Plaintiff,<br><br>v.<br><br>WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND; and NORTH COAST TRUST FUND,<br><br>Third Party Defendants. | Case No. C-07-5323 CRB<br><br>[proposed] ORDER EXTENDING THIRD PARTY DEFENDANT NORTH COAST TRUST FUND'S TIME TO RESPOND TO THIRD PARTY PLAINTIFF'S COMPLAINT<br><br>Judge: Hon. Charles Breyer |

~~[PROPOSED]~~ ORDER:

In light of the stipulation of the parties and good cause having been shown, the Court orders that the time for Third Party Defendant NORTH COAST TRUST FUND to respond to Third Party Plaintiff's Complaint be extended until and including March 14, 2008.

IT IS SO ORDERED.

Dated: Feb. 20, 2008

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*United States District Court, Northern District of California*

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW