**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **March 7, 2008**

**C-07-05323** CRB

**TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA  v.  PRECISION CRANE SERVICES INC.**

Attorneys:                                                              Michael Carroll, Richard Grosboll,

                                                                                Benjamin Lunch, Diane Aqui

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not reported**

**PROCEEDINGS:**                                                                                         **RULING:**

1.  Initial Case Management Conference   -   Held

2.

3.

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO April 18, 2008 @ 10:00 a.m. for  Motion hearing

Discovery Cut-Off _____                                  Expert Discovery Cut-Off _____

Plntf to Name Experts by _____              Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: Counsel advise the court that their motion to dismiss is to be filed by 3/14/2008