KENNETH C. ABSALOM, SBN 114607
LAW OFFICES OF NEVIN & ABSALOM
22 Battery Street, Suite 333
San Francisco, CA  94111
Telephone:    415.392.5040
Facsimile:    415.392.3729
Email:        ken.absalom@333law.com

Attorneys for Plaintiffs
OPERATING ENGINEERS TRUST FUNDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICE, APPRENTICE, AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PAY PLAN; OPERATING ENGINEERS ANNUITY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND FOR NORTHERN CALIFORNIA; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; OPERATING ENGINEERS JOB PLACEMENT CENTER AND MARKET AREA COMMITTEE ADMINISTRATION FUND; AND OPERATING ENGINEERS CRANE INDUSTRY LABOR/MANAGEMENT COOPERATIVE TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> PRECISION CRANE SERVICES, INC. <br><br> Defendant. | Case No.  C 07 5323 <br><br> **NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL** |

NOTICE OF APPEARANCE
AND ASSOCIATION OF COUNSEL
C 07 468893

1

1    TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2    Please take notice that Michael D. Nelson hereby enters his appearance as counsel of record and

3    is associated in this case as co-counsel for Plaintiffs.  Copies of all pleadings, papers, and notices

4    should be served as follows:

5

6

7                              Michael D. Nelson, SBN 171359
                               Law Office of Michael D. Nelson
8                              870 Market Street, Suite 664
                               San Francisco, CA 94102
9                              Tel: 415-373-6888
                               Fax: 415-789-4336
10                             Email: mdn@mdnlaw.com

11

12

13   Date:   March 6, 2008               Respectfully submitted,

14                                       LAW OFFICES OF NEVIN & ABSALOM

15

16                              By:  _____
                                     KENNETH C. ABSALOM
17                                   Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF APPEARANCE**
**AND ASSOCIATION OF COUNSEL**
C 07 468893                                                          2