1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL - STATE BAR #50246
   220 Montgomery Street, Suite 303
3  San Francisco, California 94104
   Telephone:  (415) 392-5431
4
   Attorneys for Third Party Defendant,
5  Western Conference of Teamsters
   Pension Trust Fund
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10
   TRUSTEES OF THE OPERATING ENGINEERS  )   NO. C 07 5323 CRB
11 HEALTH AND WELFARE TRUST FUND,       )
   et al.,                              )
12                                      )
          Plaintiffs,                   )   NOTICE OF MOTION AND
13                                      )   MOTION OF THIRD PARTY
          vs.                           )   DEFENDANT TO DISMISS
14                                      )   THIRD PARTY COMPLAINT
   PRECISION CRANE SERVICES, INC.,      )   (FRCP 12(b)(1), 12
15                                      )   (b)(6)
          Defendant and Third           )
16        Party Plaintiff,              )   DATE: April 18, 2008
                                        )   TIME: 10:00 a.m.
17        vs.                           )
                                        )
18 WESTERN CONFERENCE OF TEAMSTERS      )
   PENSION TRUST FUND, et al.,          )
19                                      )
          Third Party Defendants.       )
20 _____)

21

22      TO:   THIRD PARTY PLAINTIFF AND ITS ATTORNEY OF RECORD HEREIN:

23      PLEASE TAKE NOTICE that on April 18, 2008, at 10:00 a.m., or as

24 soon as thereafter as counsel may be heard, before the Honorable

25 Charles R. Breyer, Judge of the United States District Court, Northern

26 District of California, 450 Golden Gate Avenue, Courtroom 8, 19th,

27 Floor, San Francisco, California, Third Party Defendant WESTERN

28 CONFERENCE OF TEAMSTERS PENSION TRUST FUND, will and does move this

1  Court pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of
2  Civil Procedure, to dismiss the Third Party Complaint and award this
3  Third Party Defendant such further relief as the Court may deem
4  proper.
5     The motion will be based upon this Notice, the accompanying
6  Memorandum of Points and Authorities, and all prior pleadings filed
7  herein.
8  Dated: March 12, 2008         ERSKINE & TULLEY
                                 A PROFESSIONAL CORPORATION
9
                                 By: _____
10                                   Michael J. Carroll
                                     Attorneys for Third Party
11                                   Defendant, Western Conference
                                     of Teamsters Pension Trust Fund