ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL - STATE BAR #50246
220 Montgomery Street, Suite 303
San Francisco, California 94104
Telephone: (415) 392-5431

Attorneys for Third Party Defendant,
Western Conference of Teamsters
Pension Trust Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PRECISION CRANE SERVICES, INC., <br><br> Defendant and Third Party Plaintiff, <br><br> vs. <br><br> WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND, et al., <br><br> Third Party Defendants. | NO. C 07 5323 CRB <br><br> NOTICE OF MOTION AND MOTION OF THIRD PARTY DEFENDANT TO DISMISS THIRD PARTY COMPLAINT (FRCP 12(b)(1), 12(b)(6) <br><br> DATE: April 18, 2008 <br> TIME: 10:00 a.m. |

TO: THIRD PARTY PLAINTIFF AND ITS ATTORNEY OF RECORD HEREIN:

PLEASE TAKE NOTICE that on April 18, 2008, at 10:00 a.m., or as soon as thereafter as counsel may be heard, before the Honorable Charles R. Breyer, Judge of the United States District Court, Northern District of California, 450 Golden Gate Avenue, Courtroom 8, 19th, Floor, San Francisco, California, Third Party Defendant WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND, will and does move this

NOTICE OF MOTION AND MOTION OF THIRD PARTY DEFENDANT TO DISMISS THIRD PARTY COMPLAINT

1  Court pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of
2  Civil Procedure, to dismiss the Third Party Complaint and award this
3  Third Party Defendant such further relief as the Court may deem
4  proper.
5     The motion will be based upon this Notice, the accompanying
6  Memorandum of Points and Authorities, and all prior pleadings filed
7  herein.
8  Dated: March 12, 2008        ERSKINE & TULLEY
                                 A PROFESSIONAL CORPORATION
9
                                 By: _____
10                                   Michael J. Carroll
                                     Attorneys for Third Party
11                                   Defendant, Western Conference
                                     of Teamsters Pension Trust Fund