RICHARD K. GROSBOLL, State Bar No. 99729
BENJAMIN K. LUNCH, State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Tel. (415) 677-9440
Fax (415) 677-9445
Email: rgrosboll@neyhartlaw.com
       blunch@neyhartlaw.com

Attorneys for Third Party Defendant
NORTH COAST TRUST FUND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION CRANE SERVICES, INC.,<br><br>Defendant and Third Party Plaintiff,<br><br>v.<br><br>WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND; and NORTH COAST TRUST FUND,<br><br>Third Party Defendants. | Case No.  C-07-5323 CRB<br><br>**NOTICE OF THIRD PARTY DEFENDANT NORTH COAST TRUST FUND'S MOTION TO DISMISS**<br><br>[FRCP 12(b)(6)]<br><br>Date: April 18, 2008<br>Time: 10:00 a.m.<br><br>Hon. Charles R. Breyer<br>United States District Judge<br>Courtroom 8, 19th Floor |

-0-

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

NOTICE OF MOTION TO DISMISS
Case No. C-07-5323 CRB
H:\WP_WINDOWS\PLEADINGS BANK\Notices\Notice Motion Dismiss 62000.800.Doc

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday, April 18, 2008 at 10:00 a.m., or as soon thereafter as this matter may be heard before the Honorable Judge Charles R. Breyer, Judge of the United States District Court, Northern District of California, in Courtroom 8 on the 19th Floor at the U.S. District Courthouse, 450 Golden Gate Avenue located in San Francisco, California 94102, Third Party Defendant NORTH COAST TRUST FUND ("Medical Plan" or "Plan") will move this court to dismiss the Third Party Complaint and award this Third Party Defendant such further relief as the Court may deem proper. The motion will be supported by the Memorandum of Points and Authorities filed herewith and the entire pleadings file in this action.

Dated: March 14, 2008

Respectfully submitted,

NEYHART, ANDERSON,
FLYNN & GROSBOLL

By: _____
RICHARD K. GROSBOLL
BENJAMIN K. LUNCH

Attorneys for NORTH COAST TRUST FUND

-1-

NOTICE OF MOTION TO DISMISS
Case No. C-07-5323 CRB
H:\WP_WINDOWS\PLEADINGS BANK\Notices\Notice Motion Dismiss 62000.800.Doc

-2-

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On March 14, 2008, I served the within:

**NOTICE OF THIRD PARTY DEFENDANT NORTH COAST TRUST FUND'S MOTION TO DISMISS**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing via USPS, it is deposited for first-class delivery with USPS in a sealed envelope with postage prepaid. I placed a true copy of the within document enclosed in a sealed envelope for collection and first-class delivery on the date shown below at San Francisco, California addressed as follows:

**Michael David Nelson**
Law Office of Michael D. Nelson
870 Market Street, Suite 664
San Francisco, CA 94102

**Diane Aqui**
Jordan, Aqui & Tynan
1612 Fourth Street
Santa Rosa, CA 95404-4020

**Michael Joseph Carroll**
Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA 94104

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 14, 2008, at San Francisco, California.

_____
Tonie Bouyer

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

NOTICE OF MOTION TO DISMISS
Case No. C-07-5323 CRB
H:\WP_WINDOWS\PLEADINGS BANK\Notices\Notice Motion Dismiss 62000.800.Doc