RICHARD K. GROSBOLL, State Bar No. 99729
BENJAMIN K. LUNCH, State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Tel. (415) 677-9440
Fax (415) 677-9445
Email: rgrosboll@neyhartlaw.com
       blunch@neyhartlaw.com

Attorneys for Third Party Defendant
NORTH COAST TRUST FUND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION CRANE SERVICES, INC.,<br><br>Defendant and Third Party Plaintiff,<br><br>v.<br><br>WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND; and NORTH COAST TRUST FUND,<br><br>Third Party Defendants. | Case No.  C-07-5323 CRB<br><br>**[proposed] ORDER GRANTING THIRD PARTY DEFENDANT NORTH COAST TRUST FUND'S MOTION TO DISMISS**<br><br>[FRCP 12(b)(6)]<br><br>Date: April 18, 2008<br>Time: 10:00 a.m.<br><br>Hon. Charles R. Breyer<br>United States District Judge<br>Courtroom 8, 19th Floor |

-0-

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

[proposed] ORDER GRANTING MOTION TO DISMISS
Case No. C-07-5323 CRB
H:\WP_WINDOWS\PLEADINGS BANK\Proposed Orders\[Proposed] Order Motion Dismiss 62000.800.Doc

1   This matter came on regularly for hearing on Friday, April 18, 2008 at 10:00 a.m., in
2   Courtroom 8 on the 19th Floor at the U.S. District Courthouse, 450 Golden Gate Avenue located
3   in San Francisco, California 94102.
4   Having considered the arguments of counsel, the Points and Authorities and the entire file in
5   this action, and GOOD CAUSE APPEARING,
6
7   IT IS ORDERED THAT Third Party Defendant NORTH COAST TRUST FUND's Motion
8   to Dismiss is hereby GRANTED and Third Party Plaintiff PRECISION CRANE SERVICES
9   INC.'s Third Party Complaint is dismissed with prejudice.
10  IT IS SO ORDERED.
11  Dated: _____          _____

                                            U.S. District Court Judge

Neyhart, Anderson, Flynn & Grosboll
ATTORNEYS AT LAW

-1-

[proposed] ORDER GRANTING MOTION TO DISMISS
Case No. C-07-5323 CRB
H:\WP_WINDOWS\PLEADINGS BANK\Proposed Orders\[Proposed] Order Motion Dismiss 62000.800.Doc

PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On March 14, 2008, I served the within:

**[proposed] ORDER GRANTING THIRD PARTY DEFENDANT NORTH COAST TRUST FUND'S MOTION TO DISMISS**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing via USPS, it is deposited for first-class delivery with USPS in a sealed envelope with postage prepaid. I placed a true copy of the within document enclosed in a sealed envelope for collection and first-class delivery on the date shown below at San Francisco, California addressed as follows:

**Michael David Nelson**
Law Office of Michael D. Nelson
870 Market Street, Suite 664
San Francisco, CA 94102

**Diane Aqui**
Jordan, Aqui & Tynan
1612 Fourth Street
Santa Rosa, CA 95404-4020

**Michael Joseph Carroll**
Erskine & Tulley
220 Montgomery Street, Suite 303
San Francisco, CA 94104

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 14, 2008, at San Francisco, California.

_____
Tonie Bouyer

Neyhart, Anderson, Flynn & Grosboll
Attorneys at Law

-2-

[proposed] ORDER GRANTING MOTION TO DISMISS
Case No. C-07-5323 CRB
H:\WP_WINDOWS\PLEADINGS BANK\Proposed Orders\[Proposed] Order Motion Dismiss 62000.800.Doc