1  KENNETH C. ABSALOM, SBN 114607
   LAW OFFICES OF NEVIN & ABSALOM
2  22 Battery Street, Suite 333
   San Francisco, CA 94111
3  Telephone:    415.392.5040
4  Facsimile:    415.392.3729
   Email:        ken.absalom@333law.com
5
6  MICHAEL D. NELSON, SBN 171359
   LAW OFFICE OF MICHAEL D. NELSON
7  870 Market Street, Suite 664
   San Francisco, CA 94102
8  Telephone:    415.373.6888
   Facsimile:    415.789.4336
9  Email:        mdn@mdnlaw.com

10 Attorneys for Plaintiffs
11 OPERATING ENGINEERS TRUST FUNDS

12                 UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

15 TRUSTEES OF THE OPERATING
16 ENGINEERS HEALTH AND WELFARE          Case No.  C 07 5323
   TRUST FUND; et al.,
17                                        **PLAINTIFFS' STATEMENT OF NON-**
                                          **OPPOSITION TO THIRD PARTY**
18          Plaintiffs,                   **DEFENDANTS' MOTIONS TO**
                                          **DISMISS**
19      v.

20 PRECISION CRANE SERVICES, INC.

21              Defendant and Third Party
                Plaintiff,
22                                        Date:  April 18, 2008
23      v.                                Time:  10:00 a.m.

24 WESTERN CONFERENCE OF TEAMSTERS        Hon. Charles R. Breyer
   PENSION TRUST FUND; and NORTH COAST    Courtroom 8, 19th Floor
25 TRUST FUND,

26              Third Party Defendants.

27

28 **PLAINTIFFS' STATEMENT**                                          1
   **OF NON-OPPOSITION TO**
   **MOTIONS TO DISMISS**
   **C 07 468893**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiffs file this statement of non-opposition to the Motions to Dismiss filed by Third Party Defendants Western Conference of Teamsters Pension Trust Fund and North Coast Trust Fund. Plaintiffs wholly agree that any action against them by Defendant Precision Cranes Services, Inc., if one exists, has no relation to and should not impede Plaintiffs' suit.

Date:   March 25, 2008

Respectfully submitted,

LAW OFFICE OF MICHAEL D. NELSON

By: MICHAEL D. NELSON
Attorneys for Plaintiffs

PLAINTIFFS' STATEMENT
OF NON-OPPOSITION TO
MOTIONS TO DISMISS
C 07 468893