```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL - STATE BAR #50246
    220 Montgomery Street, Suite 303
 3  San Francisco, California 94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Third Party Defendant,
 5  Western Conference of Teamsters
    Pension Trust Fund
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al., | NO. C 07 5323 CRB |
| Plaintiffs, | [Proposed] ORDER GRANTING THIRD PARTY DEFENDANT WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND'S MOTION TO DISMISS [F.R.C.P. 12(b)(1)] |
| vs. | |
| PRECISION CRANE SERVICES, INC., | |
| Defendant and Third Party Plaintiff, | |
| vs. | DATE: April 18, 2008<br>TIME: 10:00 a.m. |
| WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND, et al., | Hon. Charles R. Breyer<br>U.S. District Judge<br>Courtroom 8, 19th Floor |
| Third Party Defendants. | |

This matter came on regularly for hearing on Friday, April 18th at 10:00 a.m. in Courtroom 8 on the 19th Floor at the U.S. District Courthouse, 450 Golden Gate Avenue located in San Francisco, California 94102.

Having considered the arguments of counsel, the Points and Authorities and the entire file in this action, and GOOD CAUSE APPEARING,

IT IS ORDERED THAT Third Party Defendant Western Conference of Teamsters Pension Trust Fund's Motion to Dismiss is hereby GRANTED and Third Party Plaintiff PRECISION CRANE SERVICES INC.'S Third Party Complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____

                                        _____
                                        JUDGE CHARLES R. BREYER
                                        U.S. DISTRICT COURT JUDGE

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On April ____, 2008, I served the [Proposed] ORDER GRANTING THIRD PARTY DEFENDANT WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND'S MOTION TO DISMISS on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Michael David Nelson, Esq.
870 Market Street, Suite 664
San Francisco, CA 94102

Kenneth C. Absalom
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, CA 94111

Diane Aqui
Jordan & Aqui
1612 Fourth Street
Santa Rosa, CA 95404-4020

Richard Grosboll
Nyhart, Anderson
44 Montgomery Street, 2080
San Francisco, CA 94104

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on April ____, 2008 at San Francisco, California.

_____

SHARON EASTMAN