**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **April 18, 2008**

**C-07-05323** CRB

**TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA  v.  PRECISION CRANE SERVICES INC.**

| Attorneys: | Michael Nelson | Mark Jordon, Benjamin Lunch, |
|---|---|---|
| | | Richard Grosboll, Michael Carroll |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Kathy Wyatt**

**PROCEEDINGS:**                                                                **RULING:**

1. D's Motion to Dismiss                                                     Submitted

2.

3.

**ORDERED AFTER HEARING:**

( X ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court X

(  ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO  October 3, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____                              Expert Discovery Cut-Off _____

Plntf to Name Experts by _____                 Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for _____ days
                     Type of Trial:  ( )Jury    ( )Court

Notes: