GEOFFREY PILLER, SBN 127001
TEAGUE P. PATERSON, SBN 226659
BEESON, TAYER & BODINE, APC
Beeson, Tayer & Bodine
1404 Franklin Street, 5th Floor
Oakland, CA 94612-3208
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
Email: tpaterson@beesontayer.com

Attorneys for Third Party Defendant
NORTH COAST TRUST FUND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND; et al., <br><br> Plaintiffs, <br><br> v. <br><br> PRECISION CRANE SERVICES, INC., <br><br> Defendant and Third Party Plaintiff, <br><br> v. <br><br> WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND and NORTH COAST TRUST FUND, <br><br> Third Party Defendants. | Case No. C-07-5323 MEJ <br><br> **SUBSTITUTION OF ATTORNEY** <br><br> Judge: Honorable Charles Breyer |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, please take notice that Third Party Defendant NORTH COAST TRUST FUND hereby makes the following substitution of attorneys:

////

////

////

////

SUBSTITUTION OF ATTORNEY
Case No. C-07-5323 MEJ

1

81886.doc

1  Former Attorneys:

2  Richard K. Grosboll (State Bar No. 99729)
3  Benjamin K. Lunch (State Bar No. 246015)
   NEYHART, ANDERSON, FLYNN & GROSBOLL
4  44 Montgomery Street, Suite 2080
   San Francisco, California 94104
5  Telephone: 415-677-9440
6  Facsimile: 415-677-9445
   Email: rgrosboll@neyhartlaw.com
7         blunch@neyhartlaw.com

8  should be removed and, consequently, should no longer receive notice of E-Filings.

9  Plaintiff's new co-counsel of record will be:

10 Geoffrey Piller (State Bar No. 127001)
   Teague P. Paterson (State Bar No. 226659)
11 BEESON, TAYER & BODINE
   1404 Franklin Street, Fifth Floor
12 Oakland, CA 94612
   Telephone: 510-625-9700
13 Facsimile: 510-625-8275
   Email: gpiller@beesontayer.com
14        tpaterson@beesontayer.com

15

16     The following attorneys consent to this substitution:

17 Dated: 4/25/08            NEYHART, ANDERSON, FLYNN & GROSBOLL
18

19                           By: /s/ Richard K. Grosboll
20                               RICHARD K. GROSBOLL

21                           Former Attorneys for NORTH COAST TRUST FUND

22 Dated: 4/25/08            BEESON, TAYER & BODINE
23

24                           By: /s/ Teague P. Paterson
25                               TEAGUE P. PATERSON

26                           New Attorneys for NORTH COAST TRUST FUND

27

28