KENNETH C. ABSALOM, SBN 114607
LAW OFFICES OF NEVIN & ABSALOM
22 Battery Street, Suite 333
San Francisco, CA 94111
Telephone:   415.392.5040
Facsimile:   415.392.3729
Email:       ken.absalom@333law.com

MICHAEL D. NELSON, SBN 171359
LAW OFFICE OF MICHAEL D. NELSON
870 Market Street, Suite 664
San Francisco, CA 94102
Telephone:   415.373.6888
Facsimile:   415.789.4336
Email:       mdn@mdnlaw.com

Attorneys for Plaintiffs
OPERATING ENGINEERS TRUST FUNDS, et al.

RECEIVED
SEP 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND; et al., <br><br> Plaintiffs, <br><br> v. <br><br> PRECISION CRANE SERVICES, INC. <br><br> Defendant and Third Party Plaintiff, | Case No. C 07 5323 CRB <br><br> **STIPULATION TO DISMISS ACTION AND ALL CLAIMS** <br> [F.R.C.P. 41(a)(1)(A)(ii)] <br><br><br> Hon. Charles R. Breyer <br> Courtroom 8, 19th Floor |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that, pursuant to F.R.C.P. 41(A)(1)(A)(ii), Plaintiffs and Defendant by

PLAINTIFFS' NOTICE OF DISMISSAL
C 07 468893

1

1  and through their attorneys of record have and do agree to dismiss the above-referenced action
2  and each of its claims in its entirety with prejudice.
3
4
5  Date:   August 28, 2008                         LAW OFFICE OF MICHAEL D. NELSON
6
7
8                                                  By: _____
9                                                      MICHAEL D. NELSON
                                                       Attorneys for Plaintiffs
10
11  Date: 9-3-08, 2008                             JORDAN & AQUI
12
13
14
15                                                  By: _____
                                                       DIANE AQUI
16                                                     Attorneys for Defendant
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' NOTICE OF DISMISSAL                                                              2
C 07 468893

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 870 Market Street, Suite 664, San Francisco, CA 94102. On September 4, 2008, I served STIPULATION TO DISMISS ACTION AND ALL CLAIMS on the party in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the4 United States Post Office mailbox at San Francisco, California, addressed as follows:

Diane Aqui
Jordan & Aqui
1612 Fourth Street
Santa Rosa, CA 95404-4020

I, KATHIE KOKANOTH, certify (or declare), under the penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2008 at San Francisco, California.

KATHIE KOKANOTH